FILED ____ ENTERED
____ LODGED ____ RECEIVED
APR - 6 2011
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

The Honorable James L. Robart

**10-CV-01859-ORD**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859-JLR<br><br>[PROPOSED] ORDER GRANTING CLEARWIRE'S MOTION TO FILE OVER-LENGTH MOTION TO COMPEL ARBITRATION AND STAY CLAIMS |

This matter came before the Court on defendant Clearwire Corporation's Motion to File Over-Length Motion to Compel Arbitration and Stay Claims. Having considered the motion and for good cause shown, the Court GRANTS Clearwire's motion to file an over-length Motion to Compel Arbitration and Stay Claims. The court further ORDERS that Clearwire's Motion to Compel Arbitration and Stay Claims is limited to 24 pages. Pursuant to Local Rule 7(f)(4), the court also ORDERS that plaintiffs' brief in opposition to the same motion is limited to a maximum of 24 pages. *See* Local Rule W.D. Wash. CR 7(f)(4) ("[T]he brief in opposition will automatically be allowed an equal number of pages."). Finally, the court ORDERS that any reply memorandum Clearwire files in support of its motion to compel arbitration is limited to

ORDER GRANTING CLEARWIRE'S MOTION
TO FILE OVER-LENGTH MOTION
(No. C10-1859-JLR) — 1
DWT 16788546v1 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

12 pages. *See id.* ("[T]he reply brief shall not exceed one-half the total length of the brief filed in opposition.").

SO ORDERED this 6th day of April, 2011.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Clearwire Corporation*

By: ___s/ Kenneth E. Payson___
Stephen M. Rummage, WSBA #11168
Kenneth E. Payson, WSBA #26369
John A. Goldmark, WSBA #40980
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com
          kenpayson@dwt.com
          johngoldmark@dwt.com

ORDER GRANTING CLEARWIRE'S MOTION
TO FILE OVER-LENGTH MOTION
(No. C10-1859-JLR) — 2
DWT 16788546v1 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties listed to receive electronic notice.

DATED this 28th day of March, 2011.

By: s/*Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com

ORDER GRANTING CLEARWIRE'S MOTION
TO FILE OVER-LENGTH MOTION
(No. C10-1859-JLR) — 3
DWT 16788546v1 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700