The Honorable James L. Robart

FILED LODGED ENTERED RECEIVED
APR 11 2011
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



10-CV-01859-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859 JLR<br><br>STIPULATION AND ORDER TO STAY PENDING SUPREME COURT RULING IN *AT&T MOBILITY v. CONCEPCION*<br><br>NOTE ON MOTION CALENDAR: April 8, 2011 |

The parties, through their counsel, stipulate as follows:

1. Arbitration issues in this case may be affected by the U.S. Supreme Court's upcoming decision in *AT&T Mobility v. Concepcion*, No. 09-893, argued November 9, 2010. The parties expect the Supreme Court to issue its decision in *Concepcion* by the end of the current Supreme Court term in June 2011.

STIP. & [Proposed] ORDER
No. C10-1859 JLR

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave, SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

2. For efficiency, the parties request that this Court stay the present case until the Supreme Court issues its decision in *Concepcion*.

3. ~~Following the expiration of the stay, the parties will attempt to stipulate to a schedule for further briefing of motions already filed and/or additional motions.~~

4. The parties request that the Court enter the order below.

Stipulated this April 8, 2011.   Respectfully submitted,

| For Clearwire Corporation: | For Plaintiffs: |
|---|---|
| Davis Wright Tremaine<br>By: s/ Ken Payson, WSBA # 26369<br>By: s/ Steve Rummage, WSBA # 11168<br>Tel: (206) 622-3150<br>steverummage@dwt.com<br>kenpayson@dwt.com | Law Offices Of Clifford A. Cantor, P.C.<br>By: s/ Cliff Cantor, WSBA # 17893<br>627 208th Ave. SE<br>Sammamish, WA 98074-7033<br>Tel: (425) 868-7813<br>cacantor@comcast.net<br><br>Milberg LLP<br>Sanford P. Dumain<br>Peter E. Seidman<br>Josh Keller<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Tel: (212) 594-5300<br>sdumain@milberg.com<br>pseidman@milberg.com<br>jkeller@milberg.com<br><br>Reese Richman LLP<br>Michael R. Reese<br>Kim E. Richman<br>875 Avenue of the Americas, 18th Floor<br>New York, NY 10169<br>Tel: (212) 579-4625<br>michael@reeserichman.com<br>krichman@reeserichman.com |

STIP. & [Proposed] ORDER
No. C10-1859 JLR

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave, SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

## ORDER

SO ORDERED. This matter is stayed pending the outcome of *AT&T Mobility LLC v. Concepcion*, No. 09-893. The court STRIKES all pending motions without prejudice to the parties refiling the motions at the expiration of the stay. The parties shall provide a status report 15 days after the Supreme Court's decision in *Concepcion*.

Done this 11 day of April, 2011.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

Law Offices Of Clifford A. Cantor, P.C.
By: s/ Cliff Cantor, WSBA # 17893

One of Counsel for Plaintiffs

Certificate of Service

I certify that, on April 8, 2011, I caused this document to be filed with the Clerk of the Court by means of the CM/ECF system, which will send notification of filing to all counsel of record.

s/ Cliff Cantor, WSBA # 17893

STIP. & [Proposed] ORDER
No. C10-1859 JLR

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave, SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870