The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,

    Plaintiff,

vs.

CLEARWIRE CORPORATION

Case No. C10-1859-JLR

JOINT STATUS REPORT CONCERNING SUPREME COURT RULING IN *AT&T MOBILITY v. CONCEPCION*

On April 11, 2011, the Court granted the parties' stipulation staying this action because, among other reasons, "[a]rbitration issues in this case may be affected by the U.S. Supreme Court's upcoming decision in *AT&T Mobility LLC v. Concepcion*, No. 09-893." Dkt. 32 at 1. The Court struck all pending motions, including defendant's motion to dismiss and motion to compel arbitration, "without prejudice to the parties refiling the motions at the expiration of the stay." *Id.* at 3. The Court ordered the parties to provide a joint status report within 15 days after the Supreme Court's ruling in *Concepcion*. *Id.*

On April 27, 2011, the Supreme Court issued its decision in *Concepcion*, holding that "California's rule classifying most collective-arbitration waivers in consumer contracts as unconscionable" is "preempted by the FAA [Federal Arbitration Act]." *AT&T Mobility LLC v.*

JOINT STATUS REPORT RE *CONCEPCION*
(No. C10-1859-JLR) — 1
DWT 17114453v3 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

*Concepcion*, -- U.S. --, 2011 WL 1561956, *5, *13 (Apr. 27, 2011).  A copy of the decision is attached as Exhibit A.

In light of *Concepcion*, the parties are actively discussing how best to proceed.  The parties agree that an additional 30 days to discuss the implications of *Concepcion* and its impact on this case will advance principles of judicial economy and increase the potential for an expeditious resolution of this matter.  Accordingly, the parties report that they will provide an updated joint status report to the Court in 30 days, no later than June 13, 2011, on their agreed course of action.

Stipulated and jointly presented this 12th day of May, 2011, by:

| | |
|---|---|
| LAW OFFICES OF CLIFFORD A. CANTOR, P.C.<br>*Attorneys for Plaintiff*<br><br>By:     s/ *Clifford A. Cantor*         <br>     Clifford A. Cantor, WSBA # 17893<br>     627 208th Ave. SE<br>     Sammamish, WA 98074-7033<br>     Tel: (425) 868-7813<br>     Fax: (425) 868-7870<br>     E-mail: cacantor@comcast.net<br><br><br>MILBERG LLP<br>Andrei V. Rado<br>arad@milberg.com<br>Joshua Keller<br>jkellre@milberg.com<br>Peter E. Seidman<br>pseidman@milberg.com<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Fax: (212) 868-1229<br><br>REESE RICHMAN LLP<br>Michael R. Reese<br>mreese@reeserichman.com<br>Kim E. Richman<br>875 Avenue of the Americas, 18th Floor<br>New York, NY 10169<br>Tel: (212) 579-4625<br>Fax: (212) 572-4272 | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Clearwire Corporation*<br><br>By:     s/ *John A. Goldmark*         <br>     Stephen M. Rummage, WSBA #11168<br>     Kenneth E. Payson, WSBA #26369<br>     John A. Goldmark, WSBA #40980<br>     1201 Third Avenue, Suite 2200<br>     Seattle, Washington  98101-3045<br>     Telephone: (206) 622-3150<br>     Fax: (206) 757-7700<br>     E-mail: steverummage@dwt.com<br>              kenpayson@dwt.com<br>              johngoldmark@dwt.com |

JOINT STATUS REPORT RE *CONCEPCION*
(No. C10-1859-JLR) — 2
DWT 17114453v3 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties listed to receive electronic notice.

DATED this 12th day of May, 2011.

By: s/*John A. Goldmark*
John A. Goldmark, WSBA #40980
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail:  johngoldmark@dwt.com

JOINT STATUS REPORT RE *CONCEPCION*
(No. C10-1859-JLR) — 3
DWT 17114453v3 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700