The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859 JLR<br><br>JOINT STATUS REPORT and STIPULATION AND [Proposed] ORDER<br><br>NOTE ON MOTION CALENDAR: August 25, 2011 |

On June 26, 2011, the Court entered an order (1) staying this matter for 60 days and (2) directing the parties at the expiration of that time to provide an updated joint status report concerning how they propose to proceed with this matter.

The parties continue to explore options for moving forward with this matter, including consideration of the possibility of private mediation. Although the parties have worked diligently to move this matter forward, some of the factual investigation necessary to evaluate

JSR and STIP. & [Proposed] ORDER
No. C10-1859 JLR

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave, SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

plaintiffs' claims and determine the feasibility of early mediation has taken longer than expected. Accordingly, in the interests of avoiding expense to the parties and conserving the Court's resources, the parties request a further stay of the matter for 60 days.

The parties request that the Court enter the proposed order below.

Stipulated this August 25, 2011.              Respectfully submitted,

For Clearwire Corporation:                    For Plaintiffs:

Davis Wright Tremaine                         Law Offices Of Clifford A. Cantor, P.C.
By:  s/ Ken Payson, WSBA # 26369              By:  s/ Cliff Cantor, WSBA # 17893
By:  s/ Steve Rummage, WSBA # 11168           627 208th Ave. SE
Tel:    (206) 622-3150                        Sammamish, WA  98074-7033
steverummage@dwt.com                          Tel:    (425) 868-7813
kenpayson@dwt.com                             cacantor@comcast.net

                                              Milberg LLP
                                              Sanford P. Dumain
                                              Peter E. Seidman
                                              Josh Keller
                                              One Pennsylvania Plaza
                                              New York, NY  10119-0165
                                              Tel:    (212) 594-5300
                                              sdumain@milberg.com
                                              pseidman@milberg.com
                                              jkeller@milberg.com

                                              Reese Richman LLP
                                              Michael R. Reese
                                              Kim E. Richman
                                              875 Avenue of the Americas, 18th Floor
                                              New York, NY  10169
                                              Tel:    (212) 579-4625
                                              michael@reeserichman.com
                                              krichman@reeserichman.com

JSR and STIP. & [Proposed] ORDER
No. C10-1859 JLR
- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave, SE
Sammamish, WA  98074-7033
Tel:  (425) 868-7813 • Fax:  (425) 868-7870

**[Proposed] ORDER**

SO ORDERED. This matter is stayed for 60 days. At the expiration of that time, the parties will submit a joint status report concerning how they propose that this matter will proceed.

Done this _____ day of August, 2011.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

Law Offices Of Clifford A. Cantor, P.C.
By: s/ Cliff Cantor, WSBA # 17893

One of Counsel for Plaintiffs

Certificate of Service

I certify that, on Aug. 25, 2011, I caused this document to be filed with the Clerk of the Court by means of the CM/ECF system, which will send notification of filing to all counsel of record.

s/ Cliff Cantor, WSBA # 17893

JSR and STIP. & [Proposed] ORDER
No. C10-1859 JLR

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave, SE
Sammamish, WA  98074-7033
Tel:  (425) 868-7813 • Fax:  (425) 868-7870