James L. Robart
U.S. Courthouse
700 Stewart Street
Seattle, Washington 98101

Clearwire Litigation
Settlement Administrator
c.o GCG
P.O. Box 9910
Dublin, OH 43017

NON-DOMESTIC
c/o 634 Washington Street
Daytona Beach, Florida

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

OCT -9 2012

       AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

RE: CASE:2:10-cv-01859-JLR   Filed 08/06/12
RE: CLW0245915662
SEAN HOLMES
634 WASHINGTON ST
DAYTONA BEACH, FL 32114

Dear James L. Robart,

I received a postcard in the mail and I object to lack of notice or full disclosure by Plaintiff's [looking at the filing it appears there are plenty of sharks on team Plaintiff] at the time this matter was introduced in Federal court. Did the Plaintiff's provide public notice they were filing a class action suit in matters Clearwire has always held are only subject to arbitration? I demand inclusion among Plaintiff Representatives and My service award of $2,000.

Clearwire is about as honest in their contracting as administrative agencies and courts, which is not very. I do recall doing business with Clearwire and not only do I recall speed issues I distinctly recall not obtaining a full disclosure on ports that are/were blocked as I recall at the time I was trying to implent a VOIP solution in my vehicle.

Due to the amount of time elapsed I further demand a full and honest disclosure in the form of a written copy of all of My records, payments, account notes [e.g. such as technical support calls], and any other account information from Clearwire in order to properly submit a claim in addition to My service award.

Since it's all about the money and there are plenty of low life sharks lined up to feed, I might as well get some too since I was actually a Clearwire customer who suffered inconvenience unlike these dirtbag sharks getting ready to bilk Clearwire for up to $2,000,000 for what? Being good paper terrorists?

Regards,

Sean Kevin Holmes
All Rights Reserved, Without Prejudice

10-CV-01859-NTC

NON-DOMESTIC
c/o 634 Washington Street
Daytona Beach, Florida
[Zip code exempt DMM 122.32]

**Statutory Non-Domestic rate,**
First Class U.S. Mail Fully Pre-Paid
37th Congress. Session III
12 Stat. at Law, Ch 71, Sec 23 (1863)
**Federal Offense** to collect additional Postage
18 U.S.C. 1726 ["without United States"]

JAMES L. ROBART
U.S. COURTHOUSE
700 STEWART ROAD
SEATTLE, WA 98101

98101444512B