# United States District Court
# Western District of Washington

| Michael Bobowski et. al. |
|---|
Plaintiff(s)

V.

| Clearwire Corporation |
|---|
Defendant(s)

Case Number   2:10-cv-01859-JLR

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Christopher A. Bandas hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| Gordon B. Morgan and Jeremy De La Garza |
|---|

The particular need for my appearance and participation is:

| I am counsel/attorney for Objectors Gordon B. Morgan and Jeremy De La Garza who reside in Texas. |
|---|

I, Christopher A. Bandas understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Nov 30, 2012    Signature of Applicant: s/ Christopher A. Bandas

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Christopher A. Bandas |
| Law Firm Name: | Bandas Law Firm, P.C. |
| Street Address 1: | 500 N. Shoreline, Ste. 1020 |
| Address Line 2: | |
| City: | Corpus Christi |
| State: | Texas |
| Zip: | 78401-0353 |
| Phone Number w/ Area Code | (361) 698-5200 |
| Bar # | 00787637 |
| State | Texas |
| Applicant E-mail Address: | cbandas@bandaslawfirm.com |
| Secondary E-mail Address: | mvaldez@bandaslawfirm.com |

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant   Christopher A. Bandas   is unable to be present upon any date assigned by the court.

Date: _____    Signature of Local Counsel:  s/ Donald W. Heyrich  _____

| | |
|---|---|
| Local Counsel's Name: | Donald W. Heyrich |
| Bar # | 23091 |
| Law Firm Name: | Heyrich Kalish McGuigan PLLC |
| Street Address 1: | Puget Sound Plaza |
| Address Line 2: | 1325 Fourth Avenue, Ste. 540 |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code   Example: 999-999-9999 | (503) 471-1418 |



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| /s/ Christopher A. Bandas | Nov 30, 2012 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |