UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELO DENNINGS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | CASE NO. C10-1859JLR<br><br>ORDER |

This matter comes before the court on Class Plaintiffs' motion to allow depositions of objectors Gordon B. Morgan and Jeremy De La Garza. (Mot. (Dkt. # 78).) Plaintiffs have demonstrated legitimate concerns regarding whether the objections made by Mr. Morgan and Mr. De La Garza are serious and whether their attorney is a so-called "professional objector." (*See id.* at 4-5.) Furthermore, Plaintiffs have stated that they intend to conduct these depositions where the objectors live, thus causing the objectors little inconvenience. (*See* Mot. at 78.) Accordingly, the court GRANTS the motion, finding good cause and finding that these depositions would be within the permissible

ORDER- 1

scope of discovery. *See* Fed. R. Civ. P. 30(a)(1), 45, 26(b)(1); *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 281 F.R.D. 531, 532-33 (N.D. Cal. 2012).

Dated this 11th day of December, 2012.

JAMES L. ROBART
United States District Judge

ORDER- 2