The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859 JLR<br><br>CANTOR DECLARATION RE. OBJECTIONS<br><br>NOTE ON MOTION CALENDAR: Wednesday, December 19, 2012 |

I, Cliff Cantor, declare as follows:

1. I am the principal of Law Offices of Clifford A. Cantor, P.C. I am competent to testify and base this declaration on my personal knowledge and the records of my law firm.

2. In *Dennings*, my firm is one of counsel for plaintiffs (except for Mr. Prior). This Court, in its Order Granting Preliminary Approval dated August 24, 2012, appointed my firm as one of class counsel. *See* Prelim. Approv. Order at 3:26 – 4:2 (dkt. 64).

3. The Court designated me to be the recipient of objections to the Settlement. *See* Prelim. Approv. Order at 6:17 (dkt. 64). Objections were required to be submitted by November 30, 2012. *Id.* at 7:20-21.

CANTOR DECL. re. OBJECTIONS
No. C10-1859 JLR
- 1 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

4. As of today, December 12, 2012, I have received seven objections to the settlement. I received them by mail or ECF or both. One of the objections was on behalf of two people; the other objections were on behalf of one person each. Thus, there are seven objections and eight objectors.

5. The objections are designated "A" through "G," as follows. True and correct copies are filed as attachments to this declaration.

| Obj. | Objector(s) | Date received |
|---|---|---|
| A | Sweelin Chong | Sep. 24, 2012 |
| B | Marc W. Abel | Sep. 24, 2012 |
| C | Gary Lynch | Oct. 4, 2012 |
| D | Sean Kevin Holmes (filed at dkt. 65) | Oct. 9, 2012 |
| E | Robert Olmstead | Oct. 12, 2012 |
| F | Ken Reed | Oct. 15, 2012 |
| G | Gordon B. Morgan & Jeremy De La Garza (filed at dkt. 76) | Nov. 30, 2012 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2012

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel:   (425) 868-7813
Fax:   (425) 732-3752
Email: cliff.cantor@comcast.net

CANTOR DECL. re. OBJECTIONS
No. C10-1859 JLR
- 2 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

Certificate of Service

I certify that, on December 12, 2012, I caused the foregoing, along with its attachments, to be (i) filed with the clerk of the court via the CM/ECF system, which will send notification of filing to all counsel of record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E. 6th St., Vancouver WA 98661.

s/ *Cliff Cantor*
Cliff Cantor, WSBA # 17893

CANTOR DECL. re. OBJECTIONS
No. C10-1859 JLR

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752