The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859 JLR<br><br>COMPENDIUM OF COURT FILINGS<br><br>NOTE ON MOTION CALENDAR:<br>Wednesday, December 19, 2012 |

This is a compendium of court filings that, to plaintiffs' knowledge, are not readily available on Westlaw or Lexis. Each document is one that plaintiffs either (i) downloaded from PACER or (ii) in the case of state-court filings, obtained from an attorney in that case.

Dated: December 12, 2012

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel:   (425) 868-7813
Fax:   (425) 732-3752
Email: cliff.cantor@comcast.net

One of Class Counsel

COMPENDIUM OF COURT FILINGS
No. C10-1859 JLR

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

**Table of Filings**

*In Re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 3:07-md-1827-SI (N.D. Cal.)

1. Objections of class members Ira Conner Erwin, Luis Mario Santana, and Stefan Rest to settlement and to attorney-fee request (Oct. 9, 2012) (dkt. 6932)

*Adams v. AllianceOne Receivables Mgmt.*, No. 3:08-cv-0248-JAH (S.D. Cal.)

2. Objection of Gordon B. Morgan (Aug. 22, 2012) (dkt. 123)

3. Notice of appeal by Gordon B. Morgan (Oct. 25, 2012) (dkt. 138)

*Chavez v. Blue Sky Natural Beverage Co.*, No. 3:06-cv-6609-JSW (N.D. Cal.), *appealed*, No. 12-16520 (9th Cir.)

4. Objection of Luis Mario Santana (Apr. 23, 2012) (dkt. 312)

5. Reply memorandum in support of motion for final approval of class action settlement and award of attorneys' fees, costs and incentive to named plaintiff (Apr. 27, 2012) (dkt. 313)

6. Notice of appeal (Jun. 26, 2012) (dkt. 319)

7. Notice of appearance of counsel (Jul. 26, 2012) (9th Cir. dkt. 2)

8. Order (Dec. 11, 2012) (9th Cir. dkt. 8)

*In re Static Random Access Memory (SRAM) Antitrust Litig.*, No. 4:07-md-1819-CW (N.D. Cal.)

9. Notice of appearance and objection to class action settlement and attorneys' fees (Aug. 25, 2012) (dkt. 1382)

10. Notice of motion and motion for an order to show cause regarding finding of civil contempt and award of sanctions against objectors Barbara Cochran and Kelsey Foligno; memorandum in support thereof (Oct. 3, 2012) (dkt. 1395)

*In re Wal-Mart Stores, Inc. Wage and Hour Litig.*, No. 4:06-cv-2069-SBA (N.D. Cal.)

11. Notice of appearance, objection to class settlement and application for attorneys' fees and expenses and motion to intervene (Sep. 7, 2010) (dkt. 408)

COMPENDIUM OF COURT FILINGS
No. C10-1859 JLR

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

12. Notice of withdrawal of objections (Nov. 6, 2010) (dkt. 426)

*Cellphone Termination Fee Cases*, 180 Cal. App. 4th 1110 (Cal. App. 2009)

13. Untitled appellate decision (Dec. 31, 2009)

*Mussmann v. Wal-Mart Stores, Inc.*, No. LACV-27486, (Iowa Dist. Ct., Clinton County, Iowa)

14. Order regarding Terry Healy's objection and motion to intervene (Oct. 13, 2009)

*Yoo v. Wendy's Int'l.*, No. 2:07-cv-4515-FMC (C.D. Cal.),
    *appealed*, No. 09-55554 (9th Cir.)

15. Notice of appearance, objection to class settlement and application for attorneys' fees and expenses (Feb. 13, 2009) (dkt. 76)

16. Revised order and final judgment (Mar. 13, 2009) (dkt. 89)

17. Notice of appeal (Apr. 8, 2009) (dkt. 94)

18. Order (Oct. 26, 2009) (dkt. 105)

Certificate of Service

I certify that, on December 12, 2012, I caused the foregoing, along with its attachments, to be (i) filed with the clerk of the court via the CM/ECF system, which will send notification of filing to all counsel of record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E. 6th St., Vancouver WA 98661.

s/ *Cliff Cantor*
Cliff Cantor, WSBA # 17893

COMPENDIUM OF COURT FILINGS
No. C10-1859 JLR

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752