The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859 JLR<br><br>NOTICE OF DEPOSITION OF MR. JEREMY DE LA GARZA |

TO:   All parties, interested parties, objectors, and their counsel.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, plaintiffs, by and through Class Counsel, will take the deposition of Mr. Jeremy De La Garza (the "Deponent") by oral examination on Monday, December 17, 2012, commencing at 9:00 a.m. or as soon thereafter as practicable, at the offices of U.S. Legal Support, 802 North Carancahua Street, Suite 280, Corpus Christi, Texas 78401.

The deposition will be taken before a person authorized by law to administer oaths for

NOTICE OF DEPOSITION
No. C10-1859 JLR

- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1  use at trial, and will be recorded by stenographic and audiovisual means.  The deposition will
2  continue until complete.

3  PLEASE TAKE FURTHER NOTICE that, pursuant to the subpoena attached hereto as
4  Exhibit A—the return date of which has been modified from Tuesday, December 18, 2012 to
5  Monday, December 17, 2012 by oral agreement—the Deponent (or his representative) must
6  bring with him to the deposition the following documents, electronically stored information, or
7  objects, and permit their inspection and copying:  Any documentation supporting the matters set
8  forth in the Deponent's Objection to the Proposed Class Settlement and Award of Attorneys'
9  Fees and Expenses (dkt. 76 in the above-captioned matter), as well as any and all documents
10 related to any objection to a settlement the Deponent has ever filed, either through counsel or pro
11 se, including any and all documents related to any compensation, financial or otherwise,
12 promised and/or paid in connection with such an objection.

13 This notice is given in partial response to the email from the Deponent's counsel attached
14 hereto as Exhibit B.

15 Dated December 15, 2012          Respectfully submitted,

16                                  By: *s/ Cliff Cantor*
17                                  Cliff Cantor, WSBA # 17893
                                    LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
18                                  627 208th Ave. SE
                                    Sammamish, WA 98074
19                                  Tel:    (425) 868-7813
                                    Fax:    (425) 732-3752
20                                  Email: cliff.cantor@comcast.net

21
                                    MILBERG LLP
22                                  Peter Seidman
                                    One Penn Plaza
23                                  New York, NY 10119
                                    Tel:    (212) 594-5300
24                                  Fax:    (212) 868-1229
                                    Email: pseidman@milberg.com
25

26                                  REESE RICHMAN LLP
                                    Kim E. Richman
27

NOTICE OF DEPOSITION
No. C10-1859 JLR
- 2 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

875 Ave. of the Americas, 18th Fl.
New York, NY 10001
Tel:    (212) 579-4625
Fax:    (212) 253-4272
Email: krichman@reeserichman.com

Counsel for plaintiffs in *Dennings* [1]

\*     \*     \*

PETERSON WAMPOLD ROSATO
    LUNA KNOPP
Felix Gavi Luna
1501 Fourth Ave., Ste. 2800
Seattle, WA 98101
Tel:    (206) 624-6800
Fax:    (206) 682-1415
Email: luna@pypfirm.com

TYCKO & ZAVAREEI LLP
Jonathan K. Tycko
2000 L St., N.W. Ste. 808
Washington, D.C. 20036
Tel:    (202) 973-0900
Fax:    (202) 973-0950
Email: jtycko@tzlegal.com

Counsel for plaintiffs in *Minnick*

\*     \*     \*

AUDET & PARTNERS, LLP
Michael McShane
221 Main St., Ste. 1460
San Francisco, CA 94105
Tel:    (415) 568-2555
Fax:    (415) 568.2556
Email: mmcshane@audetlaw.com

BAILLON THOME JOZWIAK & WANTA LLP
Shawn J. Wanta

---

[1]   In this context, the phrase "plaintiffs in *Dennings*" does not include Mr. Prior, whom counsel do not represent.

NOTICE OF DEPOSITION
No. C10-1859 JLR

- 3 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

222 S. Ninth St., Ste. 2955
Minneapolis, MN 55402
Tel:     (612) 252-3570
Fax:    (612) 252-3571
Email:  swanta@baillonthome.com

Counsel for plaintiffs in *Newton*

**Class Counsel**

Certificate of Service

I certify that, on December 15, 2012, I caused the foregoing to be (i) filed with the clerk of the court via the CM/ECF system, which will send notification of filing to all counsel of record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E. 6th St., Vancouver WA 98661.

<u>s/ *Cliff Cantor*</u>
Cliff Cantor, WSBA # 17893

NOTICE OF DEPOSITION
No. C10-1859 JLR

- 4 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752