# Exhibit B

# Cliff Cantor

| | |
|---|---|
| **From:** | Chris Bandas <cbandas@bandaslawfirm.com> |
| **Sent:** | Friday, December 14, 2012 10:24 PM |
| **To:** | 'Cliff Cantor'; 'Rummage, Steve'; Margot Valdez; mreese@reeserichman.com; jkeller@milberg.com; 'Felix Luna'; 'Jon Tycko'; 'Michael McShane' |
| **Subject:** | RE: Michael Bobowski v. Clearwire-Depositions of Morgan and De La Garza begin at 1 |
| **Categories:** | Yellow Category |

Cliff,

We will try our best to get started before 1, but for now, we have set aside all of Monday afternoon for both depositions. I will let you know if my clients' schedules change. You should have more than enough time to take the depositions, particularly in light of the fact that: (i) their standing cannot be questioned; and (ii) their objections, and the basis thereof, are explained more than adequately in the pleadings I filed, as their attorney, on their behalf. Any questions beyond that serve no purpose and are not reasonably calculated to lead to any relevant facts before the Court. In short, it is hard to imagine an intent other than to harass my clients. I assume your insistence that we start at 9:00 A.M., even though our schedules preclude the possibility, is simply additional evidence of your improper intent. Again, there will more than enough time for both depositions on Monday.

Also, please be so kind as to send me a Rule 26(g)(1) certification ahead of the depositions. Of course, if you refuse to provide that certification, your pleading is deemed struck under Rule 26(g)(2), which means you cannot proceed with depositions now that your failure to provide such a certification has been brought to your attention pursuant to the rule.

While we intend to appear, please know we are not waiving any objections with respect to the improper purpose of these depositions, namely, to harass my clients. Please also know that sanctions for Rule 26(g)(1) certification violations are mandatory and, even if not granted by the trial court, will be pursued on appeal, regardless of the outcome of my clients' objections in the trial court or court of appeals.

Best regards,
Chris

---

**From:** Cliff Cantor [mailto:cliff.cantor@comcast.net]
**Sent:** Friday, December 14, 2012 5:29 PM
**To:** Chris Bandas; 'Rummage, Steve'; Margot Valdez; mreese@reeserichman.com; jkeller@milberg.com; 'Felix Luna'; 'Jon Tycko'; 'Michael McShane'
**Subject:** FW: Michael Bobowski v. Clearwire-Depositions of Morgan and De La Garza begin at 1

Mr. Bandas:  There seems to be a typo in your letter.  Mr. De La Garza's dep is scheduled to begin at 9am and Mr. Morgan's dep is scheduled to begin at 1pm.  They are not <u>both</u> scheduled for 1pm.

When you and I conversed by phone, you asked if we could move the deps from Tue to Mon, which I replied was fine.  You also asked me if the deps could be 2 hours each.  I replied that we could not commit to that time frame and would keep the same half-day-each schedule shown on the subpoenas.  At no time until I received your letter by email at 3:11pm today did you mention any issue with starting one dep at 9am and the second dep at 1pm.

I hope your letter is simply a miscommunication on your part.  I tried to reach you by phone just now.  You were not available so I spoke to Ms. Valdez in your office.  She will try to reach you to ask that you call me.

At this point, the court reporter and one of class counsel should be on site ready to begin at 9am.  Kindly call me asap on my cell.  Thank you very much.

Sincerely,

Cliff Cantor

**Law Offices of Clifford A. Cantor, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033

Tel:   425-868-7813 (direct)
Fax:   425-732-3752
Cell:   425-281-8217

cliff.cantor@comcast.net

The contents of this e-mail message and its attachments are intended solely for the addressee(s).  In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and clients.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read or disseminate this transmission.  Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; and  immediately delete this message and its attachments, if any.  Unauthorized interception is prohibited by federal law (18 U.S.C. 2510-2522).

IRS CIRCULAR 230 DISCLOSURE:  In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in, omitted from, or implied by this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Margot Valdez [mailto:MValdez@bandaslawfirm.com]
**Sent:** Friday, December 14, 2012 3:11 PM
**To:** 'steverummage@dwt.com'; 'cliff.cantor@comcast.net'; 'mreese@reeserichman.com'; 'jkeller@milberg.com'
**Cc:** Chris Bandas
**Subject:** Michael Bobowski v. Clearwire-Depositions of Morgan and De La Garza begin at 1

Dear Sirs:

Please see attached regarding the above reference matter.

Thank you.

Margot  Valdez,
Legal Secretary to Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline, Ste. 1020
Corpus Christi, Texas 78401-0353
T: 361-698-5200
F: 361-698-5222

# BANDAS LAW FIRM, P.C.
Attorneys at Law

CHRISTOPHER A. BANDAS

500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78401
(361) 698-5200 Office
(361) 698-5222 Fax

December 14, 2012

**Via Email: cliff.cantor@comcast.net**
Clifford A. Cantor
Law Offices of Clifford A. Cantor
627 208th Ave, SE
Sammamish, WA 98074

**Via Email: jkeller@milberg.com**
MILBERG LLP
Peter E. Seidman
Joshua Keller
One Penn Plaza
New York, NY 10119-0165

**Via Email: mreese@reeserichman.com**
Rees Richman LLP
Michael R. Reese
Kim E. Richman
875 Avenue of the Americas, 18th FL.
New York, NY 10169

**Via Email: steverummage@dwt.com**
Stephen M. Rummage
Kenneth E. Payson
John A. Goldmark
1201 Third Avenue, Ste. 2200
Seattle, WA 98101-3045

Re:   Case No. C10-cv-1859JLR; Michael Bobowski, et. al. v. Clearwire Corporation.

Dear Counsel:

This will confirm that the depositions of Gordon Morgan and Jeremy De La Garza are scheduled to begin at 1:00 p.m. at the same location indicated on their subpoenas.

Should you have any questions regarding this matter, please contact me or my secretary.

Sincerely,

Christopher A. Bandas