

George O'Dell
130 W Marion St,
Arlington Wa 98223

Attorney At Law
Clifford A Cannon P.C.
627 208th Ave SE.
Sammamish Way 98074-7033

United States District Court
Western District of Wa.
at Seattle

~~SUPERIOR COURT OF WASHINGTON~~

George Odell
130 Marin St. Arlington
Wa. 98223

Petitioner/Plaintiff(s),

vs.

Clearwire Corp

Respondent/Defendant(s).

IN RE – Dennings vs. Clearwire

NO. 2:10-CV-01859-JLR

DECLARATION OF:
George Odell

"I object to The settlement" because not only Do They owe me for 1200.00 in payments, But There Has been a major Breach in my privacy and personall information, it was spread out to my work place, were I was tormented, threatened, intimidated, exploited, and Humiliated, and Had to try to function under these conditions for about a year and Half and Finally was terminated under wrongfully conditions and Had no Help from the union of the Company, with invention to appear.

**VERIFICATION**

I certify under penalty of perjury under the laws of the State of Washington that I have read the above statements, know their contents, and believe them to be true and correct.

Signed in Everett, Washington on 12-11-12
(date)

Signature: George Odell

S:\FORMS\FCOURTSERVICES\Domestic Violence\COPY PACKET\Declaration.doc

6-30-11
1 of 2

I Yoshiko O'Dell am making this request F.T.C Federal Trade Commision and F.T.C, F.C.C. Federal communication Commision to have or investgation to find out who may be responsible for invasion of confidentuly and privacy and safe inclding but not limmited to personnel and pravate information for any person or reason in this house held with this address.
By means of telephone, internet, cable, Sattlite, Digitel, analog, or otherwise including but not limited to by means eletronic.

6-30-11
2 of 2

If I have ever granted any,
or apointed any,
Power of attorney or anyone
to act, or sign on my
behalf or beneficial then
I revoke that Right


Yoshiko Odell
6-30-11
Yoshiko Odell


Nancy L. Holiman
Resides: Arlington

[Notary seal: NANCY L. HOLIMAN, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 7-9-2014]