The Honorable James L. Robart

FILED
LODGED
ENTERED
RECEIVED

DEC 20 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON    DEPUTY

BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

MICHAEL BOBOWSKI, ALYSON BURN,
STEVEN COCKAYNE, BRIAN CRAWFORD,
DAN DAZELL, ANGELO DENNINGS,
CHEYENNE FEGAN, SHARON FLOYD,
GREGORY GUERRIER, JOHANNA
KOSKINEN, ELENA MUNOZ-ALAZAZI,
ELAINE POWELL, ROBERT PRIOR, ALIA
TSANG, and KYLE WILLIAMS, on behalf of
themselves and all others similarly situated,

          Plaintiffs,

   v.

CLEARWIRE CORPORATION,

          Defendant.

Case No. C10-1859-JLR

[PROPOSED] SETTLEMENT ORDER
AND FINAL JUDGMENT

10-CV-01859-ORD

THIS MATTER came before the Court on Representative Plaintiffs' motion for final

approval of the proposed class settlement (the "Settlement"). The Court has considered all

papers filed and proceedings in this matter and is fully informed regarding the facts surrounding

the proposed Settlement. Based upon this information, the Court has determined to approve the

proposed Settlement as fair, reasonable and adequate. The Court hereby enters this Final

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   Judgment, which constitutes a final adjudication on the merits of all claims of the Settlement

2   Class with respect to matters alleged, or that could have been alleged, in this matter, as well as in

3   *Minnick v. Clearwire US, LLC*, No. 2:09-cv-00912-MJP (W.D. Wash.), and *Newton v. Clearwire*

4   *Corp.*, No. 2:11-cv-00783-WBS-DAD (E.D. Cal.) (collectively, the "Actions").

5         On August 24, 2012, this Court granted preliminary approval to the proposed class action

6   settlement between Representative Plaintiffs and defendant Clearwire Corporation ("Clearwire").

7   *See* Dkt. 64.  The proposed Settlement resolves all of the Class's claims against Clearwire in

8   exchange for Clearwire's agreement to provide certain non-monetary relief and programmatic

9   changes, as well as to pay claims by eligible Class Members as set forth in the Agreement.  On

10  December 19, 2012, this Court held a fairness hearing to consider whether to grant final approval

11  to the Settlement and to consider Class Counsel's application for an award of attorneys' fees and

12  costs.  The Court heard argument from the parties and others who elected to appear to voice their

13  support for, or objection to, the Settlement and/or the Fee Application.

14        Having read, reviewed and considered the papers filed in support of and in opposition to

15  final approval of the Settlement, including supporting declarations; the objections of nine

16  objectors to the settlement; oral arguments of counsel and presentations by members of the Class

17  who appeared at the hearing; Class Counsel's Fee Application; the Agreement; and the

18  pleadings, it is hereby

19        ORDERED, ADJUDGED AND DECREED that:

20        1.      The definitions and provisions of the Settlement Agreement and Release of

21  Claims (the "Agreement") are incorporated in this Order as though fully set forth herein.

22        2.      This Court has jurisdiction over the subject matter of the Agreement with respect

23  to and over all parties to the Agreement, including Representative Plaintiffs and all members of

24  the Settlement Class, including the objectors.

25        3.      The Court approves the Settlement and finds the Settlement is, in all respects, fair,

26  reasonable, and adequate to the Plaintiff Settlement Class, within the authority of the parties, and

27  the result of extensive arm's length negotiations with the guidance of an experienced mediator.

SETTLEMENT ORDER AND FINAL JUDGMENT
(No. C10-1859-JLR) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1      4.      This Court confirms the proposed Settlement Class satisfies the requirements of

2   Fed. R. Civ. P. 23, as found in the Court's Order Granting Preliminary Approval of Class

3   Settlement, Conditionally Certifying Settlement Class, and Approving Form and Manner of

4   Notice ("Preliminary Approval Order"). Accordingly, this Court makes final the portion of its

5   August 24, 2012, order (Dkt. 64) concerning class certification for settlement purposes only,

6   with the exception that Ms. Eva Girod is no longer designated as a Class Representative.

7      5.      Certain members of the Class have timely requested to be excluded from the

8   Class and the Settlement. Exhibit 1, attached hereto, lists the Class Members who timely

9   requested exclusion from the Class. Accordingly, this Order shall not bind or affect Class

10  Members listed on Exhibit 1.

11     6.      The Court hereby grants final approval to the Settlement and finds that it is fair,

12  reasonable and adequate, and in the best interests of the Class as a whole. The Court has

13  considered all objections brought to the Court's attention. The Ninth Circuit requires a reasoned

14  response to all non-frivolous objections. *See Dennis v. Kellogg Co.*, 697 F.3d 858, 864 (9th Cir.

15  2012). Although some of the objections may not require a response under this standard, the

16  Court has specifically considered and overrules each objection to the Settlement, including those

17  submitted by Sweelin Chong, Marc W. Abel, Gary Lynch, Sean Kevin Holmes, Robert

18  Olmstead, Ken Reed, Gordon B. Morgan, Jeremy De La Garza, and George O'Dell (whose

19  objection was untimely). The objectors who stated they were not harmed by the challenged

20  conduct (i.e., Messrs. Chong and Reed) provide insufficient basis for the Court to conclude that

21  the Settlement is not fair, reasonable, and adequate. The objectors who argue that the Settlement

22  consideration is inadequate (i.e., Messrs. Abel, Holmes, and Olmstead) do so in a conclusory

23  way, without providing the Court sufficient information to question, much less disapprove, the

24  Settlement. *See In re AOL Time Warner, Inc. Sec. & ERISA Litig.*, No. 02-5575, 2006 U.S. Dist.

25  Lexis 17588, at *53 (S.D.N.Y. Apr. 6, 2006). The objector who argues he is excluded from the

26  class (i.e., Mr. Lynch), if he is correct, has no basis or standing to object. The objectors who

27  make arguments concerning the nature of class actions (i.e., Messrs. Chong, Reed, and Holmes)

SETTLEMENT ORDER AND FINAL JUDGMENT
(No. C10-1859-JLR) — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  seek reforms beyond the power of this Court and that have no bearing on the fairness of the

2  settlement. Objectors arguing that Class Counsel are overcompensated (i.e., Messrs. Holmes,

3  Reed, Morgan, and De la Garza) raise issues that the Court rejects for the reasons explained

4  below. The portion of the Morgan and De La Garza objection arguing that the fee request is too

5  high and/or disproportionate and/or collusive is likewise rejected for the reasons explained

6  below. The portion of the Morgan and De La Garza objection arguing that Class Counsel

7  demonstrated self-dealing by negotiating a quick-pay provision under which they may be paid as

8  much as two years in advance of the class is rejected because, first, the settlement includes no

9  such quick-pay provision, and second, courts routinely approve such provisions because they

10 help reduce the "holdout tax" professional objectors may impose. *See In re TFT-LCD (Flat*

11 *Panel) Antitrust Litig.*, No. 07-md-1827, 2011 WL 7575004, at *1 (N.D. Cal. Dec. 27, 2011)

12 (federal courts "routinely approve settlements that provide for payment of attorneys' fees prior to

13 final disposition in complex class actions"); Brian T. Fitzpatrick, *The End of Objector*

14 *Blackmail?*, 62 Vand. L. Rev. 1623, 1625-26, 1642-45 ("quick-pay provisions can reduce the

15 'holdout tax' that blackmail objectors can extract in class action litigation"). The portion of the

16 Morgan and De La Garza objection arguing that a settlement cannot provide for a fee award to

17 be paid to a single law firm is conclusory, and the objectors point to no Ninth Circuit law

18 supporting their position. Finally, their objection that multipliers are impermissible, in reliance

19 on *Perdue v. Kenny A.*, 130 S. Ct. 1662 (2010), has no bearing here because plaintiffs did not sue

20 under a federal fee-shifting statute. After due consideration of all points made in all timely

21 objections, the Court overrules them. The Court also overrules the objection of Mr. O'Dell on

22 the ground that is untimely and, in any event, makes no substantive comment concerning the

23 merits of the settlement.

24     7.     Neither this Final Judgment nor the Agreement is an admission or concession by

25 Clearwire of the validity of any claims or of any liability or wrongdoing or of any violation of

26 law. This Final Judgment and the Agreement do not constitute a concession and shall not be

27 used as an admission or indication of any wrongdoing, fault or omission by Clearwire or any

SETTLEMENT ORDER AND FINAL JUDGMENT
(No. C10-1859-JLR) — 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   other person in connection with any transaction, event or occurrence, and neither this Final

2   Judgment nor the Agreement nor any related documents in this proceeding, nor any reports or

3   accounts thereof, shall be offered or received in evidence in any civil, criminal, or administrative

4   action or proceeding, other than such proceedings as may be necessary to consummate or enforce

5   this Final Judgment, the Agreement, and all releases given thereunder, or to establish the

6   affirmative defenses of *res judicata* or collateral estoppel barring the pursuit of claims released in

7   the Agreement.

8       8.      This Court hereby dismisses with prejudice all claims of members of the

9   Settlement Class that have been, or could have been, alleged in this action arising from Class

10  members' subscriptions to or use of Clearwire service, including all claims relating in any way to

11  the quality of Clearwire's service, the payment of early termination fees to Clearwire, and

12  Clearwire's network management practices.

13      9.      Representative Plaintiffs, for themselves and as the representatives of the Class,

14  and on behalf of each Class Member who has not timely opted out and each of their respective

15  agents, successors, heirs, assigns, and any other person who can claim by or through them in any

16  manner, fully, finally, and forever irrevocably release, relinquish, and forever discharge with

17  prejudice all Released Claims against the Released Parties.

18      10.     Clearwire, for itself and its predecessors, successors and assigns of any of them

19  and the other Released Parties, fully, finally, and forever irrevocably release, relinquish, and

20  forever discharge with prejudice all Released Defendant's Claims against Representative

21  Plaintiffs, all other Class Members, and Plaintiffs' Counsel.

22      11.     By operation of this judgment, the Representative Plaintiffs and Clearwire

23  expressly waive, and each Class Member is deemed to have waived, any and all claims, rights, or

24  benefits they may have under California Civil Code § 1542 and any similar federal or state law,

25  right, rule, or legal principle that may apply.  California Civil Code § 1542 provides as follows:

26              A general release does not extend to claims which the creditor does

27              not know or suspect to exist in his favor at the time of executing

SETTLEMENT ORDER AND FINAL JUDGMENT
(No. C10-1859-JLR) — 5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    the release, which if known by him must have materially affected his settlement with the debtor.

2    12.    Clearwire and the Garden City Group, which Clearwire retained to administer the

3  Settlement, completed the delivery of class notice according to the terms of the Agreement.  The

4  Notice given by Clearwire and Garden City Group to the Settlement Class, which set forth the

5  principal terms of the Agreement and other matters, was the best practicable notice under the

6  circumstances.  The notice program prescribed by the Agreement was reasonable and provided

7  due and adequate notice of these proceedings and of the matters set forth therein, including the

8  terms of the Agreement, to all parties entitled to such notice.  The Notice given to members of

9  the Class satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements

10  of constitutional due process.  The Notice was reasonably calculated under the circumstances to

11  apprise Class Members of the pendency of this action, all material elements of the Settlement,

12  and their opportunity to exclude themselves from, object to, or comment on the Settlement and

13  appear at the final fairness hearing.  The Court has afforded a full opportunity to all Class

14  Members to be heard.  Accordingly, the Court determines that all members of the Settlement

15  Class, except those who timely excluded themselves from the Class, are bound by this Judgment

16  and Final Order.

17    13.    Within ten (10) days after the filing of the proposed Agreement in this Court,

18  Clearwire served a notice of the proposed settlement upon the appropriate state official of each

19  State in which a Class member resides and upon the Attorney General of the United States.  The

20  Court finds that the notice provided by Clearwire satisfied the requirements of 28 U.S.C. §

21  1715(b) and that more than ninety (90) days have elapsed since Clearwire provided the required

22  notice, as required by 28 U.S.C. § 1715(d).

23    14.    Without affecting the finality of this judgment, the Court retains continuing

24  jurisdiction over (a) implementation of the Agreement, distribution of the settlement payments,

25  incentive fees, and attorneys' fees and costs contemplated by the Agreement, and processing of

26  the claims permitted by the Agreement, until each and every act agreed to be performed pursuant

27

SETTLEMENT ORDER AND FINAL JUDGMENT
(No. C10-1859-JLR) --- 6

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1 | to the Agreement has been performed, and (b) all parties to this action and members of the

2 | Plaintiff Settlement Class for the purpose of enforcing and administering the Agreement.

3 | 15.   The Court hereby awards $ **2,000.00** to each of the 25 Representative Plaintiffs

4 | as incentive fees in compensation for the time, effort, and risk they undertook as representatives

5 | of the Settlement Class.

6 | ~~16.     The Court hereby awards attorneys' fees and expenses to compensate Class~~

7 | ~~Counsel for their time incurred and expenses advanced.~~  The Court has concluded that:  ~~(a) Class~~

8 | ~~Counsel achieved a favorable result for the Class by obtaining Clearwire's agreement to certain~~

9 | ~~non-monetary relief and programmatic changes and by making funds available to Class~~

10 | ~~Members, subject to submission of valid claims by eligible Class Members; (b) Class Counsel~~

11 | ~~devoted substantial effort to pre- and post-filing investigation, legal analysis, and litigation; (c)~~

12 | ~~Class Counsel prosecuted the Class's claims on a~~ contingent fee basis, ~~investing significant time~~

13 | ~~and accumulating costs with no guarantee that they would receive compensation for their~~

14 | ~~services or recover their expenses; (d) Class Counsel employed their knowledge of and~~

15 | ~~experience with class action litigation in achieving a valuable settlement for the Class, in spite of~~

16 | ~~Clearwire's possible legal defenses and its experienced and capable counsel; (e) Class Counsel~~

17 | ~~have standard contingent fee agreements with Representative Plaintiffs, who have~~ reviewed the

18 | ~~Agreement and been informed of Class Counsel's attorney fee and cost~~ application ~~and have~~

19 | ~~approved; (f) the Notice informed Class Members of the amount and nature of Class Counsel's~~

20 | ~~fee and cost request under the Agreement; Class Counsel filed and posted their Fee Application~~

21 | ~~in time for Class members to make a meaningful decision whether to object to the Fee~~

22 | ~~Application, and only four Class members objected to the fee request; (g) using the lodestar~~

23 | ~~method, which the Court concludes is appropriate, the Court determines that Class Counsel's~~

24 | ~~rates and hours are reasonable, and an award of the requested fees would result in a lodestar~~

25 | ~~multiplier near 1.9, which supports approval of the fee request; (h) using a percentage-of-the-~~

26 | ~~benefit cross-check, to the extent it is possible to do so in this case, results in an appropriate~~

27 | ~~percentage under Ninth Circuit standards; and (i) there is no indication of collusion or~~

SETTLEMENT ORDER AND FINAL JUDGMENT
(No. C10-1859-JLR) — 7

1  disproportionality of the type that raised concerns in *In re Bluetooth Headset Prod's Liab. Litig.*,

2  654 F.3d 935 (9th Cir. 2011). For these reasons and the reasons given in Class Counsel's motion

3  for attorneys' fees and expenses and for service awards to representative plaintiffs (Dkt. 71), the

4  Court hereby grants that motion and awards to Class Counsel fees and expenses in the total

5  aggregate amount of $_____. All such fees are in lieu of statutory fees that Representative

6  Plaintiffs and/or the Class might otherwise have been entitled to recover.

7       17.    Clearwire shall pay the fee and cost awards to Class Counsel and the incentive

8  fees to Representative Plaintiffs, as well as amounts due to eligible Class Members who timely

9  filed a claim under the Agreement, in accordance with and at the times prescribed by the

10  Agreement, and set by the Court.

11      Dated this 19th day of ___Dec___, 2012.

12

13                    THE HONORABLE JAMES L. ROBART

14                    UNITED STATES DISTRICT JUDGE

15  Presented by:

16  LAW OFFICES OF CLIFFORD A. CANTOR, P.C.

17  *Attorneys for Plaintiffs*

18  By:___ *s/ Clifford A. Cantor*_____
      Clifford A. Cantor, WSBA # 17893

19        627 208th Ave. SE
      Sammamish, WA 98074-7033

20        Tel: (425) 868-7813

21        Fax: (425) 868-7870
      E-mail: cliff.cantor@comcast.net

22

23        MILBERG LLP
      Andrei V. Rado

24        Joshua Keller
      Peter Seidman

25        One Penn Plaza
      New York, NY 10119-0165

26        Tel: (212) 594-5300
      Fax: (212) 868-1229

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1
REESE RICHMAN LLP
Michael R. Reese
2
mreese@reeserichman.com
Kim E. Richman
3
875 Avenue of the Americas, 18th Floor
New York, NY 10169
4
Tel: (212) 579-4625
Fax: (212) 572-4272
5

6
DAVIS WRIGHT TREMAINE LLP
7
*Attorneys for Clearwire Corporation*

8
By:    s/ *Stephen M. Rummage*
9
    Stephen M. Rummage, WSBA #11168
    Kenneth E. Payson, WSBA #26369
10
    John A. Goldmark, WSBA #40980
    1201 Third Avenue, Suite 2200
11
    Seattle, Washington  98101-3045
    Tel: (206) 622-3150
12
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com
13
            kenpayson@dwt.com
            johngoldmark@dwt.com
14

15

16

17

18
Certificate of Service

19
        I certify that, on December 18, 2012, I caused the foregoing to be (i) filed with the clerk
of the court via the CM/ECF system, which will send notification of filing to all counsel of
20
record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E.
21
6th St., Vancouver WA 98661.
                                    s/ *Cliff Cantor*
22
                                    Cliff Cantor, WSBA # 17893

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| Count | GCG Ref # | Name | City | State |
|---|---|---|---|---|
| 1 | 2133811 | SUAD ABDELLA | SEATTLE | WA |
| 2 | 3384184 | NANCY ADAMS | JACKSONVILLE | FL |
| 3 | 2862406 | YOLANDA AGNEW | UPPER DARBY | PA |
| 4 | 1900587 | CRYSTAL AGUILERA | FULLERTON | CA |
| 5 | 1044694 | GIRISH ALTEKAR | AUSTIN | TX |
| 6 | 1132504 | HOWARD ALZINA | LAS VEGAS | NV |
| 7 | 1649232 | CODY ANDRE | CHICAGO RIDGE | IL |
| 8 | 2834064 | ANDREW ARENS | BROOKLYN | NY |
| 9 | 3812612 | ASHLIE ARISPE | ABILENE | TX |
| 10 | 3267401 | ALFRED ARRIOLA | PRIMM | NV |
| 11 | 3857580 | JANET BAE | BELLEVUE | WA |
| 12 | 3498173 | BETTY BAILEY | MAGALIA | CA |
| 13 | 1178831 | ZORRINE BAILEY | CHICAGO | IL |
| 14 | 3853461 | JASON BARBOUR | PORTLAND | OR |
| 15 | 3208330 | KATHLEEN BARENBERG | LITTLETON | CO |
| 16 | 3846577 | JOANNE BARTON | MOLALLA | OR |
| 17 | 3987765 | YUKIKO BATTLES | CALDWELL | ID |
| 18 | 1929669 | DANIEL J BAUER | BREMERTON | WA |
| 19 | 1217142 | MARY BEATTIE | PHILADELPHIA | PA |
| 20 | 3912607 | MARY BEDNARZ | SLATON | TX |
| 21 | 2535945 | REENA BEIDLEMAN | ARLINGTON | VA |
| 22 | 3808077 | SARAH BEIER | DULUTH | MN |
| 23 | 1101890 | JENNIFER BELLAMY | RICHARDSON | TX |
| 24 | 7519224 | ERNEST BENAVENTE JR. | ROSWELL | NM |
| 25 | 3071761 | MARIE BENSON | ST. PAUL | MN |
| 26 | 4058870 | DAVID BENTON | TACOMA | WA |
| 27 | 3599688 | MICHELINA BERNABEI | ROCHESTER | NY |
| 28 | 1524602 | ANTHONY BERNARD | KAILUA | HI |
| 29 | 4100155 | LINDA BERNWANGER | CORPUS CHRISTI | TX |
| 30 | 3514029 | WM. BERRY | PAMPA | TX |
| 31 | 3737064 | BRENDA BETTCHER | SEATTLE | WA |
| 32 | 3861477 | KYLEE BIRCHENOUGH | SHERBURNE | NY |
| 33 | 3643824 | ADAM BLACK | LONGVIEW | TX |
| 34 | 3576275 | BECKY BLACK | RENO | NV |
| 35 | 3554520 | DALE BLY | MIDDLETON | ID |
| 36 | 3042039 | JEFF BOARD | RICHLAND | WA |
| 37 | 2822416 | MAJELENDAY BORJAS | NEW YORK | NY |
| 38 | 3468360 | LEE R & ELIZABETH BOWLES | SUN VALLEY | NV |
| 39 | 3950376 | CAROLYN BOYD | CANYON | TX |
| 40 | 3690133 | MARYLYNN BRANDT | LUBBOCK | TX |
| 41 | 3859701 | JOAN BRIGGS | NAMPA | ID |
| 42 | 1159354 | PAMELA BRIGGS | MOUNTAIN HOME | ID |
| 43 | 3482910 | BONNIE BROOKS | JACKSONVILLE | FL |

1                                         As of December 9, 2012

Exhibit 1

Case 2:10-cv-01859-JLR   Document 99   Filed 12/20/12   Page 11 of 26
Case 2:10-cv-01859-JLR   Document 96   Filed 12/18/12   Page 11 of 19
Case 2:10-cv-01859-JLR   Document 85   Filed 12/12/12   Page 8 of 17

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | |
|---|---|---|---|
| 44 | 1994618 | DEBORAH BROWN | ATLANTA | GA |
| 45 | 1598876 | LINDA BROWN | MOUNT VERNON | WA |
| 46 | 7518276 | MAYDEAN BROWN | COPPERAS COVE | TX |
| 47 | 3353499 | MAYDEAN BROWN | COPPERAS COVE | TX |
| 48 | 2569271 | BILLY DON BROWNLOW | SAN ANTONIO | TX |
| 49 | 3469136 | MARGRETT BUCHHOLZ | PROSSER | WA |
| 50 | 3808621 | JEREMY BUCK | PAMPA | TX |
| 51 | 3405 | KAMEN BUCK | PAMPA | TX |
| 52 | 1382594 | TOM BUERKLE | AUSTIN | TX |
| 53 | 1664664 | JEFFREY BULL | CHALFONT | PA |
| 54 | 1882002 | IGOR BURDUJA | WHEELING | IL |
| 55 | 2965023 | WALTER BURI | CORONA | NY |
| 56 | 1598902 | FITZROY BURNETT | PHILADELPHIA | PA |
| 57 | 3743891 | JOHN BYINGTON | TUSCOLA | TX |
| 58 | 2018494 | LARRY CABLE | DAYTON | OH |
| 59 | 1505150 | STELLA CAI | SUGAR LAND | TX |
| 60 | 2409862 | MICHAEL CALLANAN | MONROVIA | CA |
| 61 | 2659989 | MICHAEL CAMARILLO | ROUND ROCK | TX |
| 62 | 2793682 | MARIA CANOZO | THE WOODLANDS | TX |
| 63 | 3765129 | VALINDA CARPENTER | CLIFTON | TX |
| 64 | 3920577 | TIKA CARR | ROCHESTER | NY |
| 65 | 1526842 | SONIA CARRENO | DALLAS | TX |
| 66 | 2223309 | JENNIFER CASANI | HIALEAH | FL |
| 67 | 3944765 | MELISSA CASBURN | PORTLAND | OR |
| 68 | 1040645 | BRYAN CASEY | LAWRENCEVILLE | GA |
| 69 | 2258570 | MARIS CATALANO | MONROE | WA |
| 70 | 1849492 | JIM CATON | FAIRVIEW | TX |
| 71 | 2364698 | DONNA CHAMBERLIN | SPRINGFIELD | OR |
| 72 | 3987559 | JOANN CHAR | LAS VEGAS | NV |
| 73 | 1516390 | MARK CHATTMAN | ENGLEWOOD | OH |
| 74 | 2506158 | VANCINE CLANTON | RED BLUFF | CA |
| 75 | 2819403 | ELI COHEN | BROOKLYN | NY |
| 76 | 3728360 | STEVE COMBS | KENT | WA |
| 77 | 3752100 | THOMAS COMPARE | SEATTLE | WA |
| 78 | 4064738 | KATHRYN CONTI | STOCKTON | CA |
| 79 | 2062474 | KEVIN CORRAL | PORTLAND | OR |
| 80 | 2935370 | PARKETTE COVINGTON | DURHAM | NC |
| 81 | 1212223 | GARRETT CRAWFORD | JACKSONVILLE | FL |
| 82 | 3418185 | AMANDA HERTZ CRISEL | EAGLE POINT | OR |
| 83 | 3854319 | KAREN CUSIC | PORTLAND | OR |
| 84 | 2548530 | ANN DARLING | DAVIS | CA |
| 85 | 1150578 | NAOMI DEAL | HAMPTON | GA |
| 86 | 3614624 | MARIAN DEARING | REDMOND | WA |
| 87 | 2483879 | RAY DEGEORGE | PHILADELPHIA | PA |

2                                                    As of December 9, 2012

Exhibit 1

Case 2:10-cv-01859-JLR   Document 99   Filed 12/20/12   Page 12 of 26
Case 2:10-cv-01859-JLR   Document 96   Filed 12/18/12   Page 12 of 19
Case 2:10-cv-01859-JLR   Document 85   Filed 12/12/12   Page 9 of 17

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 88 | 3647839 | JESUS DELAROSA | ODESSA | TX |
| 89 | 2829984 | SHARON DENNANY | CLEARWATER | FL |
| 90 | 2121098 | ESTI DEUTSCH | LAKEWOOD | NJ |
| 91 | 3316751 | JENNIFER DOE | BOISE | ID |
| 92 | 3543704 | AKIRA DOI | HONOLULU | HI |
| 93 | 3462718 | NANCY SOLLOSI | JAMESTOWN | NC |
| 94 | 1436699 | JOHN DUMBLE | HENDERSON | NV |
| 95 | 3029873 | PAUL EICHHORN | EAGLE POINT | OR |
| 96 | 3316087 | ROBERT ELLSWORTH | SUMNER | WA |
| 97 | 1636516 | ANGELA ELZA | FORNEY | TX |
| 98 | 1933290 | SARA ENOCH | PHILADELPHIA | PA |
| 99 | 1546067 | ALLYSON ENSINGER | CHARLOTTE | NC |
| 100 | 2718345 | CHRIS ESPINOSA | LEWISTON | ID |
| 101 | 4017002 | JERALDEN FEARY | KANEOHE | HI |
| 102 | 3460842 | DUANE FERGUSON | LATHROP | CA |
| 103 | 3481398 | ANNETTE FERREY | HAKALAU | HI |
| 104 | 3835318 | EMILY FINA | QUILLUP | WA |
| 105 | 3909022 | BRETAGNE FINE | CLARKSTON | WA |
| 106 | 2328728 | SHARON FITZPATRICK | TEMPLE | TX |
| 107 | 2656741 | JAQUELINE FLYNN | CORPUS CHRISTI | TX |
| 108 | 3588660 | JANIE FOSTER | ANCHORAGE | AK |
| 109 | 3800553 | TERRY FRALA | MURFREESBORO | TN |
| 110 | 3945173 | JOSEPH FUGATE | SEATTLE | WA |
| 111 | 1913000 | DONALD FULBRIGHT | EXETER | CA |
| 112 | 3151750 | MADISON FULLINGTON | GARLAND | TX |
| 113 | 3835192 | STEWART GABLE | PORTLAND | OR |
| 114 | 2009825 | PRUDENCE GAINES | CHICAGO | IL |
| 115 | 1717659 | DONNA GALTTANA | BOYD | TX |
| 116 | 3939887 | JACK GARBE | PORTLAND | TX |
| 117 | 2719773 | JUANA GARCIA | LYNN | MA |
| 118 | 3161412 | SHIRLEY GARCIA | CLEVELAND | OH |
| 119 | 3930499 | PAULA GIESLER | ODESSA | TX |
| 120 | 2626489 | TRACY GILLIAM | ARLINGTON | TX |
| 121 | 2556901 | JUDY GINDER | PHILADELPHIA | PA |
| 122 | 2206227 | KAREN STERLING GOENS | BELLINGHAM | WA |
| 123 | 3275947 | GREG GONZALEZ | EL CAJON | CA |
| 124 | 2819262 | OLEKSANDR GOSHOVSKYY | SCHAUMBURG | IL |
| 125 | 1024488 | DOROTHY GRAVES | VANCOUVER | WA |
| 126 | 2425246 | BARBARA GREEN | INGLESIDE | TX |
| 127 | 3910017 | ROBERT GRIFFIN | EUGENE | OR |
| 128 | 3710171 | RALPH H GRIFFITH | LUBBOCK | TX |
| 129 | 3641588 | C LEAVITT GROVER | KENNEWICK | WA |
| 130 | 3574451 | LORI GUINN | GLENWOOD | WA |
| 131 | 1117980 | DEMETRIO GUTIERREZ | SAN ANTONIO | TX |

Exhibit 1

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 132 | 3002976 | PAMELA HACKER | LYONS | GA |
| 133 | 3901624 | KAREN HAGERMAN | PORT ORANGE | FL |
| 134 | 3634115 | GERALD HALL | JAX | FL |
| 135 | 2662652 | MARNEE HALL | OLD HICKORY | TN |
| 136 | 3840254 | CORNELIA HAMM | HILLIARD | FL |
| 137 | 1723436 | LON HAMM | BEDFORD | TX |
| 138 | 1991365 | JANET HANSMEIER | MINNEAPOLIS | MN |
| 139 | 3474203 | GERALD AND MADELINE HARRINGTON | SEATTLE | WA |
| 140 | 3844175 | CHELSEA HATFIELD | HENDERSONVILLE | TN |
| 141 | 3315840 | LORI HAWK | LYNNWOOD | WA |
| 142 | 3105957 | BRIAN HAYDEN | ANCHORAGE | AK |
| 143 | 3088020 | LASHAUNNA HAYES | JACKSONVILLE | FL |
| 144 | 3985227 | GERALD HEARE | PANHANDLE | TX |
| 145 | 3875033 | DAVID HELD | SPRINGFIELD | OR |
| 146 | 3699326 | MATTHEW HENDERSON | WHITE DEER | TX |
| 147 | 3345336 | LOUISE HENDRICKSEN | KENT | WA |
| 148 | 2966845 | ENVIRONMENTAL DYNAMICS, INC. | GARDENA | CA |
| 149 | 2717289 | RUBEN C HERNANDEZ | TAMPA | FL |
| 150 | 2478521 | GEORGE HESSEVICK | PORTLAND | OR |
| 151 | 2893463 | TERESA HETTICK | DES MOINES | WA |
| 152 | 3743375 | TROY HEWETT | WEST RICHLAND | WA |
| 153 | 3833821 | JOYCE HILL | MERIDIAN | ID |
| 154 | 3017456 | SCOTT HILL | MERIDIAN | ID |
| 155 | 3921573 | LARRY HOLAND | EMMETT | ID |
| 156 | 1957052 | CAROLYNE HOLBROOK | LEWISTON | ID |
| 157 | 3628826 | MARILYN HOLLARS | MEDFORD | OR |
| 158 | 3775948 | HELEN HOLT | EXETER | CA |
| 159 | 2463097 | ROBERT HOOPER | PHILADELPHIA | PA |
| 160 | 3742071 | EDWARD HORN | ELLENSBURG | WA |
| 161 | 2110779 | HERBERT HORNER | ORLANDO | FL |
| 162 | 2999158 | MEIXIA HUANG | NEW YORK | NY |
| 163 | 2440624 | HIMELDA HUERTAS | JACKSON HEIGHTS | NY |
| 164 | 1000933 | LISA HUFFORD | KIRKLAND | WA |
| 165 | 3617562 | NANCY HUMPHRIES | GARDNERVILLE | NV |
| 166 | 1020466 | JEAN HUNT | KENNEWICK | WA |
| 167 | 2183505 | JANIS HUTCHINSON | EVERETT | WA |
| 168 | 3841751 | ANN HYNES | KIRKLAND | WA |
| 169 | 3745316 | SUSAN IDOUCHI | WAIPAHU | HI |
| 170 | 3790154 | LACOB LULIAN | AUGUSTA | GA |
| 171 | 1325956 | REMEDIOS JARA | WAIPAHU | HI |
| 172 | 2116043 | ANAKAREN JIMENEZ | DALLAS | TX |
| 173 | 3822794 | JULIE JOHANNES | HONOLULU | HI |
| 174 | 3558612 | GUNNAR JOHNSON | CENTRAL POINT | OR |
| 175 | 1023715 | LENORE JOHNSON | JAMESTOWN | NC |

As of December 9, 2012

Exhibit 1

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 176 | 1856965 | LINDA JOHNSON | ROSEBURG | OR |
| 177 | 3580873 | MARY JOHNSON | AMARILLO | TX |
| 178 | 3450254 | PHYLLIS JOHNSON | AMARILLO | TX |
| 179 | 2002011 | RENEE JOHNSON | LYNNWOOD | WA |
| 180 | 3937295 | DANIEL MARKOFF | LAS VEGAS | NV |
| 181 | 1596975 | JANICE JONES | EUGENE | OR |
| 182 | 2426651 | NAOMI JONES | SALT LAKE CTY | UT |
| 183 | 3794578 | REX JORDAN | KENNEWICK | WA |
| 184 | 3553777 | JANET JOSLIN | MINDEN | NV |
| 185 | 4883 | MICHAEL JULIANO | BROOKLYN | NY |
| 186 | 3243259 | DIANE KALLGREN | RENTON | WA |
| 187 | 2119119 | WALTER KARATZ | WEST NEW YORK | NJ |
| 188 | 3724296 | PATRICIA KARPENSKI | ROCKPORT | TX |
| 189 | 2046588 | NORA KARPOWICZ | JACKSONVILLE | FL |
| 190 | 1625506 | PATRICK KELLY | SEATTLE | WA |
| 191 | 1114724 | AFIF KHERAIS | SAN ANTONIO | TX |
| 192 | 3877185 | CHRISTOPHER KINDLER | RENO | NV |
| 193 | 2131615 | LINDA KING | MARIETTA | GA |
| 194 | 2260842 | LOIS KIRKWOD | LAS VEGAS | NV |
| 195 | 3681245 | HIROAKI KISHI | EUGENE | OR |
| 196 | 3919507 | GEORGE KISHIMURA | GARDNERVILLE | NV |
| 197 | 1564861 | SHAKTI KNOX | PHILADELPHIA | PA |
| 198 | 3922445 | EDNA KNUDSEN | VANCOUVER | WA |
| 199 | 1527319 | MILTON KOPPELMAN | CHICAGO | IL |
| 200 | 2432626 | BRIAN KRUCHTEN | LITTLE FALLS | MN |
| 201 | 3787918 | TERRENCE KRUEGER | CHIPPEWA FALLS | WI |
| 202 | 2137571 | MARLENE LAMANTIA | MISSOURI CITY | TX |
| 203 | 1466248 | ELAINE LANDER | AUBURN | WA |
| 204 | 3593259 | REBECCA LARSEN | MECHANICSVILLE | VA |
| 205 | 2002479 | SHINWOO LEE | BROOKLINE | MA |
| 206 | 1064846 | JO LEHMAN | KILLEEN | TX |
| 207 | 2565433 | JIMMIE LENDENNIE | GATESVILLE | TX |
| 208 | 4003333 | ABIGAIL LENTZ | PULLMAN | WA |
| 209 | 2714495 | PENLIN LIN | WAKE FOREST | NC |
| 210 | 2110411 | ROBERT LINCOLN | RALEIGH | NC |
| 211 | 2407315 | XIAOLIN LIU | BROOKLYN | NY |
| 212 | 2822237 | H RICK LONG | KUNA | ID |
| 213 | 1162471 | HENRY LONG | FRENCH CAMP | CA |
| 214 | 3792118 | ARMANDO LOPEZ | HERMITAGE | TN |
| 215 | 1177840 | JUAN LOPEZ | CHICAGO | IL |
| 216 | 3589935 | ELIZABETH LOWERY | DAYTONA BEACH | FL |
| 217 | 2549626 | LOLEKA LOUIS | LAS VEGAS | NV |
| 218 | 3841824 | KATIE LUECKEL | NAMPA | ID |
| 219 | 4066276 | JOAN LUKASCH | WINFIELD | IL |

As of December 9, 2012

Exhibit 1

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 220 | 1198827 | AMANDA LUTHER | CELINA | TX |
| 221 | 3276738 | LYYN UNIQUE HOLDINGS, LLC | TAMPA | FL |
| 222 | 5015 | SHAUN MADAMBA | STOCKTON | CA |
| 223 | 3699222 | BURKE MAGEE | CARNATION | WA |
| 224 | 3098589 | PEGGY MAGLIO | EMMETT | ID |
| 225 | 1612620 | NANCY MAJORS | DES MOINES | WA |
| 226 | 3630583 | EMIL MAKINEN | BOISE | ID |
| 227 | 1467776 | JEROME MAPP | TACOMA | WA |
| 228 | 1633523 | TACHEVA MARIANA | HOFFMAN ESTATES | IL |
| 229 | 1712237 | GLADYS MARIL | LAS VEGAS | NV |
| 230 | 3890423 | MARRY MARSHALL | TACOMA | WA |
| 231 | 2924971 | MARY O MARTIN | VALLEY MILLS | TX |
| 232 | 4041356 | GABRIEL MARTINEZ | CHICAGO | IL |
| 233 | 2577781 | MARTINEZ MARTINEZ | BRONX | NY |
| 234 | 1051987 | SANDRA MARTINEZ | PORTLAND | OR |
| 235 | 3319135 | MASAKAZU MARUNO | HONOLULU | HI |
| 236 | 2953810 | KIM MASSIE | RICHLAND | WA |
| 237 | 1866939 | MARIA MASTROSIMONE | ROCHESTER | NY |
| 238 | 1021604 | ANEKA MATTIS | DULUTH | GA |
| 239 | 1324081 | ROSE ANN MATY | JANESVILLE | WI |
| 240 | 2804150 | KENNETH MAUL | HILLSBORO | TX |
| 241 | 1103866 | MARTHA MAYNARD | MORRISVILLE | NC |
| 242 | 2166392 | ED MCBRIDE | PRATTVILLE | AL |
| 243 | 3867195 | NORMA MCGRAW | VANCOUVER | WA |
| 244 | 1184211 | WILLIAM MCKENNA | BENTON CITY | WA |
| 245 | 3406 | AMY MCKITRICK | DUBLIN | OH |
| 246 | 2250392 | DAVID MCLEAN | MERIDIAN | ID |
| 247 | 3784917 | GEORGE MCMILLAN | PIQUA | OH |
| 248 | 4078201 | WENDY MCNEIL | LAKE CHARLES | LA |
| 249 | 2724500 | TOMMY MEANS | GEORGETOWN | TX |
| 250 | 3766115 | ROB MECHALEY | KIRKLAND | WA |
| 251 | 1189115 | BRETT MEIER | BELLEVUE | WA |
| 252 | 2339823 | ALEX MENDEZ | CLEVELAND | OH |
| 253 | 3886514 | JESSICA MENDEZ | YAKIMA | WA |
| 254 | 3063120 | RAFAEL MENDEZ | PENNSAUKEN | NJ |
| 255 | 3767864 | IRIS METZEGEN | BELLINGHAM | WA |
| 256 | 3253681 | MARY MEZZANO | MIAMI | FL |
| 257 | 3999933 | CINDEE MILLER | SPARKS | NV |
| 258 | 3571022 | MICHAEL MILLER | SEATTLE | WA |
| 259 | 2516923 | AMANDA MILLET | OVERLAND PARK | KS |
| 260 | 4015074 | DON MILLIKEN | LAS VEGAS | NV |
| 261 | 1728109 | GEORGE MIURA | HONOLULU | HI |
| 262 | 4021979 | SAMUEL MOEUNG | TACOMA | WA |
| 263 | 3763233 | ERIC MOK | KIRKLAND | WA |

Exhibit 1

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 264 | 3264936 | MARIA MOLINAR | HOUSTON | TX |
| 265 | 1689172 | JORGE A MONGE | LINDENHURST | NY |
| 266 | 3690887 | JEANINE MOOERS | RENO | NV |
| 267 | 1232154 | VERLE MOORE | BEAVERTON | OR |
| 268 | 1919066 | WILLIAM MOORE | SANDY | UT |
| 269 | 1162517 | PAUL MORTON | LAS VEGAS | NV |
| 270 | 3175886 | PATRICIA MOSKAITIS | NEWTOWN | PA |
| 271 | 2653710 | MICHAEL MUEHLBAUER | BRAINERD | MN |
| 272 | 3657261 | MARK MUKAI | HONOLULU | HI |
| 273 | 3624260 | LILIANA MURILLO | MIDLAND | TX |
| 274 | 2777008 | MEAGAN MURRY | HARRISBURG | PA |
| 275 | 1843742 | PAUL MUSSOLINO | DAYTON | OH |
| 276 | 2450232 | LEONARD NADYBAL | LANSDOWNE | VA |
| 277 | 3143485 | ROBERT NAWRATIL | ROUND ROCK | TX |
| 278 | 3599652 | DOTTIE NEIL | EUGENE | OR |
| 279 | 3036257 | JOANNE NEIZER | ROYERSFORD | PA |
| 280 | 3985457 | ANDREA NISTLER | ST CLOUD | MN |
| 281 | 2833105 | MARIE NIXON | RENO | NV |
| 282 | 3122204 | NICK NOBLE | KUNA | ID |
| 283 | 2639362 | ROBERT NOER | SAINT PAUL | MN |
| 284 | 3196824 | CHRISTOPHER NORCROSS | SAN ANTONIO | TX |
| 285 | 3942352 | DEBBIE NORRISH | RENO | NV |
| 286 | 4065217 | BLANCA NUNEZ | WICHITA FALLS | TX |
| 287 | 3366423 | MILNORA NUUHIWA | HONOLULU | HI |
| 288 | 3899159 | GLORIA OCTAVIO | HONOLULU | HI |
| 289 | 3055788 | JO ONEIL | ATLANTA | GA |
| 290 | 1474359 | MICHAEL ORTIZ | PHILADELPHIA | PA |
| 291 | 1565572 | LORI ORTON | JACKSONVILLE | FL |
| 292 | 3876352 | MANUEL OSUNA | PORTLAND | OR |
| 293 | 3018635 | CECILY PAREJA | LEWISVILLE | TX |
| 294 | 3778385 | RISHI PARIKH | ATLANTA | GA |
| 295 | 1269171 | YVONNE PENNICK | PORTLAND | OR |
| 296 | 2087965 | RICHARD PERCIVAL | AUBURN | WA |
| 297 | 3111698 | CHARLES PERKINS | ABILENE | TX |
| 298 | 1782579 | ALICIA PICARDI | WESTAMPTON | NJ |
| 299 | 2679875 | KRISTEN PICKENS | LAS VEGAS | NV |
| 300 | 3559551 | CINDY PILGRIM | KLAMATH FALLS | OR |
| 301 | 2774941 | MICHAEL POLACZY | BROOKLYN | NY |
| 302 | 3555437 | RANDALL POPLASKI | SEATTLE | WA |
| 303 | 3982908 | JENNA PRESTON | VANCOUVER | WA |
| 304 | 3828442 | DANIEL PRIESTLEY | ROCHESTER | NY |
| 305 | 2147609 | HUMBERTO QUINE | DALLAS | TX |
| 306 | 3910460 | JOSE RAFAEL RAMIREZ REYES | AUBURN | WA |
| 307 | 4046909 | SAVUTH REAM | PHILADELPHIA | PA |

As of December 9, 2012

Exhibit 1

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 308 | 3944071 | MARGIE REES | BORING | OR |
| 309 | 2216718 | MELLISA REESE | LANCASTER | PA |
| 310 | 3841794 | JUDITH RESTA | EWA BEACH | HI |
| 311 | 1219811 | STAN REVERING | LAS VEGAS | NV |
| 312 | 3145873 | MICHELLE REYNOLDS | GRASS VALLEY | CA |
| 313 | 2223866 | DOROTHY RIDDLES | STOCKTON | CA |
| 314 | 3413669 | JIM RIGDON | AMARILLO | TX |
| 315 | 3612233 | CARMENCITA RIOLA | HONOLULU | HI |
| 316 | 1298832 | HAROLD ROBERTS | BUCKLEY | WA |
| 317 | 3363961 | ROSS ROBERTS | ISSAQUAH | WA |
| 318 | 1566264 | DAVID RODRIGUEZ | SAN ANTONIO | TX |
| 319 | 1438686 | HUGO RODRIGUEZ | LAS VEGAS | NV |
| 320 | 1264491 | DONALD ROGERS | DOUGLASVILLE | GA |
| 321 | 3528152 | RUTH ROOT | EVERETT | WA |
| 322 | 2128603 | PHILLIP ROSE | WEST RICHLAND | WA |
| 323 | 1009034 | GRETCHEN ROSENBERG | VANCOUVER | WA |
| 324 | 3519010 | BERTRAM RUTAN | SEATTLE | WA |
| 325 | 3368558 | JANICE RUTHERFORD | PASCO | WA |
| 326 | 4980 | ASHLEY SAGISI | HONOLULU | HI |
| 327 | 3631906 | JUDY SAKAI | HONOLULU | HI |
| 328 | 1250283 | JOHNNY SALES | N LAS VEGAS | NV |
| 329 | 4032525 | ALYCE SANTA | DULUTH | MN |
| 330 | 3437594 | ANGIE SCHATZ | LODI | CA |
| 331 | 1748280 | PATRICIA SCHISSER | HOUSTON | TX |
| 332 | 2726458 | SHIRLEY SCHRYVER | VERO BEACH | FL |
| 333 | 2820384 | LEILA SCHWANEMANN | PORTLAND | OR |
| 334 | 3456188 | NICHOLAS SEELINGER | SEATTLE | WA |
| 335 | 1717037 | JAE HO SEO | DULUTH | GA |
| 336 | 3003819 | BONNIE SHAKE | ABILENE | TX |
| 337 | 2071495 | PAT SHIELDS | ABILENE | TX |
| 338 | 3887773 | LELIA SHIPLEY | WICHITA FALLS | TX |
| 339 | 3705017 | FRANKLIN SHIRAKI | HONOLULU | HI |
| 340 | 3459253 | JANE SHIROMA | HONOLULU | HI |
| 341 | 3697782 | REYNALDO SILVERIO | HONOLULU | HI |
| 342 | 1295962 | DESTINY SIMONE | CINCINNATI | OH |
| 343 | 2497559 | SHARI SMEDLEY | PITTSBURGH | PA |
| 344 | 3863188 | BOBBIE SMITH | CHICO | CA |
| 345 | 3415369 | VIRGINIA SMITH | EAGLE RIVER | AK |
| 346 | 2897313 | JIM KALATSCHAN | SANTA ANA | CA |
| 347 | 1355380 | TERESA SNOOK | EAGLE POINT | OR |
| 348 | 3336012 | KEVIN SNOW | MERIDIAN | ID |
| 349 | 1353538 | MARIA SORRENTINO | CHICAGO | IL |
| 350 | 3150 | RICHARD SPARKS | MIDLAND | TX |
| 351 | 3472127 | DARLENE SPEK | HAMILTON | MT |

As of December 9, 2012

**Exhibit 1**

Case 2:10-cv-01859-JLR   Document 99   Filed 12/20/12   Page 18 of 26
Case 2:10-cv-01859-JLR   Document 96   Filed 12/18/12   Page 18 of 19
Case 2:10-cv-01859-JLR   Document 85   Filed 12/12/12   Page 15 of 17

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| 352 | 3981507 | ROBERT STAHLNECKER | SOMERSET | VA |
|---|---|---|---|---|
| 353 | 3543950 | AARON STANLEY | LUBBOCK | TX |
| 354 | 3574996 | VIRGIL STANLEY | SPRINGFIELD | OR |
| 355 | 2920181 | THOMAS STEAR | KUNA | ID |
| 356 | 1614854 | W SCOTT STECKER | WILMETTE | IL |
| 357 | 3794166 | LIVING WISDOM SCHOOL OFFICE | LYNNWOOD | WA |
| 358 | 3382682 | MARILYN STEINBERG | TULARE | CA |
| 359 | 3723913 | STEPHEN STEWART | SMYRNA | TN |
| 360 | 1708181 | LEWIS STRAUSS | CHEVY CHASE | MD |
| 361 | 2340903 | CHRISTOPHER STRIEBY | PROVO | UT |
| 362 | 1107280 | MARY STRINGFELLOW | HADDONFIELD | NJ |
| 363 | 3336189 | FRANCES S STUART | BELLEVUE | WA |
| 364 | 1918147 | ERICA STUMBAUGH | NAMPA | ID |
| 365 | 4088526 | ANYSE SUE-MAYBORN | TEMPLE | TX |
| 366 | 3950174 | CAITLIN SULLIVAN | SEATTLE | WA |
| 367 | 3708533 | PAUL SULUNGA | ANCHORAGE | AK |
| 368 | 2477141 | MARILYIN TATE | ABILENE | TX |
| 369 | 2703676 | LEE TEAL | WACO | TX |
| 370 | 2064210 | SHERI TELLONE | PARK RIDGE | IL |
| 371 | 3506010 | FRANCY THAYER | LAKE STEVENS | WA |
| 372 | 3349411 | SHARON THEIS | RICHMOND | MN |
| 373 | 3615673 | BETH THONNEY | KIRKLAND | WA |
| 374 | 2672151 | KEITH TUCKER | ABILENE | TX |
| 375 | 1284848 | SHIRESE TURNER | CHICAGO | IL |
| 376 | 3434993 | MARGOT TURRELL | GRANTS PASS | OR |
| 377 | 3985845 | CARLEEN ULLAND | SEATTLE | WA |
| 378 | 2541354 | GYNA VALENZUELA | CHICAGO | IL |
| 379 | 1304762 | LLOYAL ANN VAN DEE | EVERETT | WA |
| 380 | 3541731 | VALERIE VANOURNEY | LEWISTON | ID |
| 381 | 3866831 | CRAIG VERITY | PORTLAND | OR |
| 382 | 2214455 | CARMEN R VILLALBA | BOSTON | MA |
| 383 | 3202763 | MELITON VIVAR-LINO | MINNEAPOLIS | MN |
| 384 | 2350422 | TODD VOLLMER | NAPERVILLE | IL |
| 385 | 2578828 | ROY VOLLRATH | JOLIET | IL |
| 386 | 1558110 | RODNEY WADLEY | JACKSONVILLE | FL |
| 387 | 1569436 | SONIA WALKER | DURHAM | NC |
| 388 | 3575718 | HARRY WALTERS | MEDFORD | OR |
| 389 | 2895342 | DONALD WARD | RAYMORE | MO |
| 390 | 3649162 | ROSALINE & MASAKAZU WATABE | OREM | UT |
| 391 | 1110622 | JULIA WEIDEMANN | FORT WORTH | TX |
| 392 | 2813750 | JOHN WELDIE | VAN NUYS | CA |
| 393 | 3499922 | MEL WIDEMAN | MIDLAND | TX |
| 394 | 2125761 | HOMER WIESEN | DENTON | TX |
| 395 | 3764294 | AARON WILLIAMS | BEEVILLE | TX |

As of December 9, 2012

Exhibit 1

Case 2:10-cv-01859-JLR   Document 99   Filed 12/20/12   Page 19 of 26
Case 2:10-cv-01859-JLR   Document 96   Filed 12/18/12   Page 19 of 19
Case 2:10-cv-01859-JLR   Document 85   Filed 12/12/12   Page 16 of 17

**Dennings v. Clearwire Corporation -**
**Timely Opt Out Requests Received in Response to Notice**

| | | | | |
|---|---|---|---|---|
| 396 | 1815856 | JOE WILLIAMS | HILLSBORO | TX |
| 397 | 1387300 | TYLER WINTERS | VASHON | WA |
| 398 | 3032503 | JUDI WITKIN | SYRACUSE | NY |
| 399 | 3464011 | WOLFE PLUMBING | MONROE | WA |
| 400 | 2291118 | DONALD WORTHAM | BURKBURNETT | TX |
| 401 | 3615657 | ROSALIE J. WRIGHT | YAKIMA | WA |
| 402 | 1211991 | PAUL WULFF | KENNEWICK | WA |
| 403 | 3917234 | GLEN YAMADA | HONOLULU | HI |
| 404 | 3301201 | JOSEPH YENOWSKAS | REVERE | MA |
| 405 | 3374841 | HAROLD YOUNGER | GIBSONVILLE | NC |
| 406 | 2912548 | STEVE ZALEWSKI | BEAVERTON | OR |
| 407 | 2401568 | SALVADOR ZAMBRANO | SEATTLE | WA |
| 408 | 3792644 | LAURA ZEFFER | BELLEVUE | WA |
| 409 | 3828136 | JEFF ZUMWALDE | PAYNESVILLE | MN |

As of December 9, 2012

Exhibit 1

The Honorable James L. Robart

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  WESTERN DISTRICT OF WASHINGTON

6                            AT SEATTLE

7   MICHAEL BOBOWSKI, ALYSON BURN,          Case No. C10-1859 JLR
    STEVEN COCKAYNE, BRIAN CRAWFORD,
8   DAN DAZELL, ANGELO DENNINGS,
9   CHEYENNE FEGAN, SHARON FLOYD,           PLAINTIFFS' DEPOSITION
    GREGORY GUERRIER, JOHANNA               INFORMATION ABOUT OBJECTORS
10  KOSKINEN, ELENA MUNOZ-ALAZAZI,          MORGAN AND DE LA GARZA
11  ELAINE POWELL, ROBERT PRIOR, ALIA
    TSANG, and KYLE WILLIAMS, on behalf of
12  themselves and all others similarly situated,

13                  Plaintiffs,

14       v.

15
    CLEARWIRE CORPORATION,
16
17                  Defendant.

18

19       In its Order granting Plaintiffs' motion to take the depositions of objectors Gordon

20  Morgan and Jeremy De La Garza, the Court recognized that "Plaintiffs have demonstrated

21  legitimate concerns regarding whether the objections made by Mr. Morgan and Mr. De La Garza

22  are serious and whether their attorney is a so-called 'professional objector.'"  [Dkt. 82.]

23       Mr. Morgan's and Mr. De La Garza's depositions were taken yesterday, December 17,

24  2012. Sadly, those depositions unequivocally demonstrate that the objection filed under Mr.

25  Morgan's and Mr. De La Garza's names was entirely driven by their serial-objector counsel.

26       Although legitimate objectors exercising their right to object to a settlement play a

27  valuable role in ensuring that a settlement is fair, reasonable, and adequate, the depositions of

PLS.' SUPPL. INFO. ABOUT OBJECTORS          - 1 -          LAW OFFICES OF
No. C10-1859 JLR                                      CLIFFORD A. CANTOR, P.C.
                                                         627 208th Ave. SE
                                                       Sammamish, WA 98074-7033
                                                   Tel: (425) 868-7813 • Fax: (425) 732-3752

1    Mr. Gordon and Mr. De La Garza show that these objectors merely function as members of a

2    stable of individuals used by their serial-objector attorney. Neither objector could testify as to

3    why the Settlement is unfair. Neither objector has any understanding of the basis of their

4    objection (other than, in Mr. De La Garza's case, the generalized and frankly uninformed

5    opinion that lawyers get paid too much). In fact, neither objector even bothered to read the

6    objections that were filed on their behalf and knew nothing of the contents. As they have done in

7    other cases where they objected to a settlement, Mr. De La Garza and Mr. Gordon simply

8    received a notice of a class settlement and "let Chris handle it."

9          **A.**     **Mr. Gordon is Not a Serious Objector**

10        Until April 2012, Mr. Gordon was a practicing attorney for many years. *See* Cantor Decl.

11    re. Depositions, Ex. A, Morgan Dep.at 21:22-22:7; 26:13-20 (Dec. 17, 2012). He testified that,

12    when he received the postcard class settlement notice, he sent it to Mr. Bandas because Mr.

13    Bandas "handles these types of case[s] and [he] didn't really understand what was going on with

14    it." *Id.* at 8:11-22. Other than the claim form and the postcard notice, Mr. Morgan never read

15    any document relating to the settlement of this litigation. *Id.* at 9:13-10:9; 17:14-25; 18:21-24.

16    Mr. Morgan also has no understanding for the basis of his objection, as he just "let [Mr. Bandas]

17    handle it." *Id.* at 10:13-16. Mr. Morgan has never bothered to read or understand the objection

18    that is in his name, *see id.* at 11:7-14; and never even saw it until the day of his deposition, *id.* at

19    17:13. Tellingly, Mr. Morgan admitted that he himself has no objection to the terms of the

20    settlement: When asked, "[D]o you have any, at this point you yourself, do you have any

21    objection to the terms of the settlement?," he testified without equivocation, "No." Morgan Dep.

22    at. 10:17-20 (followed by his counsel's speaking objection).

23        Mr. Morgan's testimony suggests that he seeks to become a professional objector. Mr.

24    Gordon testified that he objected to another settlement involving *AllianceOne*. *Id.* 13:5-8. (This

25    objection and subsequent appeal is included in the record here at dkt. 87-2 and 87-3.) Just as

26    with his objection in this case, he could not articulate anything about the *AllianceOne* settlement

27    or the substance of his objection in that case. *See* Morgan Dep. at 13:11-14:7. And like with his

PLS.' SUPPL. INFO. ABOUT OBJECTORS
No. C10-1859 JLR           - 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1   objection in this case, Mr. Bandas represents Mr. Morgan in *AllianceOne*. *Id.* In addition, as

2   with the objection in this case, Mr. Morgan indicated that Mr. Bandas drafted Mr. Morgan's

3   *AllianceOne* objection and signed Mr. Morgan's name on it. *Id.* at 20:2-7.

4          Unlike this case, however, Mr. Morgan's *AllianceOne* objection was filed *pro se*, and

5   was "ghostwritten" by Mr. Bandas. *See* dkt. 87-2. Numerous courts—including courts in

6   California where *AllianceOne* was pending—have recognized that this type of conduct is

7   improper. *See, e.g., Ayvazian v. The Moore Law Group*, No. 12-1506, 2012 WL 2411181, *4

8   (C.D. Cal. Jun. 26, 2012) ("The Court reminds the Plaintiff that the practice of 'ghostwriting'

9   violates the rules of professional conduct, and undermines the litigant's status as *pro se*. . . . The

10  likelihood that the impermissible practice of ghostwriting was used in the present Complaint is

11  but another factor in support of the Court's decision to grant sanctions under Rule 11.");

12  *Makreas v. The Moore Law Group*, No. 11-2406, 2012 WL 1458191, at *3 (N.D. Cal. Apr. 26,

13  2012) (citation omitted) ("numerous courts have held the practice of ghostwriting is not

14  permitted in the federal courts. ... [W]here [an] attorney authored [a] brief that [a] pro se party

15  signed, both [the] pro se party and attorney had made a 'misrepresentation to [the] court'").

16       **B.      Mr. De La Garza is Not a Serous Objector**

17          Mr. De La Garza found out about the Settlement when he received an email notice.

18  Cantor Decl. re. Depositions, Ex. B, De La Garza Dep. at 8:3-8 (Dec. 17, 2012). After receiving

19  the email notice, he contacted Mr. Bandas without familiarizing himself at all with the terms of

20  the settlement. *Id.* at 8:9-16. As of his deposition, Mr. De La Garza still knew nothing about the

21  terms of the settlement and had only reviewed the email notice and the claim form he submitted.

22  *Id.* at 12:7-14; 17:6-12. Nor could he articulate anything about the settlement that he would

23  change to make it better. *Id.* at 12:15-18. After several improper speaking objections by Mr.

24  Bandas, Mr. De La Garza stated that his personal opinion is that the Settlement is objectionable

25  because attorneys get paid a lot of money. *Id.* at 12:19-15:9. Other than this vague and general

26  response, Mr. De La Garza admitted that he knew nothing about the attorneys' fees in this case.

27  *Id.* at 15:7-13. Mr. De La Garza had no other opinion of the Settlement. *Id.* at 15:23-16:7.

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1    Like Mr. Morgan, Mr. De La Garza's testimony suggests that he too is on his way to

2    becoming a professional objector. Recently, Mr. De La Garza objected to settlement involving

3    Nokia. *Id.* at 8:17-24. Mr. Bandas represented him in connection with that objection. *Id.* Just as

4    with his objection in this case, he could not articulate anything about the substance of his Nokia

5    objection, or even any details about that objection. *Id.* at 9:9-11:25. When asked about the result

6    of Mr. De La Garza's Nokia objection, such as whether Mr. De La Garza was paid money as a

7    result of the settlement or even whether Mr. De La Garza signed a settlement agreement in

8    connection with his objection in Nokia, Mr. Bandas instructed Mr. De La Garza not to answer on

9    the basis that settlement was privileged and confidential:

10           "Q. (by Mr. Tycko [one of class counsel]) Were you paid money as a result of that

11           settlement?

12                  Mr. Bandas:  Don't answer any questions regarding settlement because it's

13                  privileged and confidential.

14                  . . .

15                  Mr. Bandas:  It's not an objection. It's an instruction. I told him not to

16                  answer the question.

17                  Mr. Tycko:  Well, how is the terms of the settlement covered by

18                  attorney/client privilege?

19                  Mr. Bandas:  You can ask your next question. I'm not going to –

20                  Mr. Tycko:  Well, I'm trying to understand the basis for your instruction

21                  because I don't think it's a proper instruction, unless there's actually something

22                  covered by attorney/client privilege.

23                  . . .

24           Q. (By Mr. Tycko):  Okay. Did you sign a settlement agreement with somebody as a

25           result of the objection that you filed in the Nokia case?

26                  Mr. Bandas:  Don't answer any questions regarding settlement in that case.

27    De La Garza Dep. at 10:2-11:18.

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1      Upon Mr. Bandas's instruction, Mr. De La Garza did not answer. *Id.* Yet if Mr. De La

2    Garza and/or his counsel received payment as part of a Nokia settlement, it is relevant to their

3    motives for filing an objection here. Whatever business Mr. De La Garza and his counsel are in,

4    evidently it is top secret.

5       The depositions establish that neither Mr. Morgan nor Mr. De La Garza is a serious

6    objector; their attorney is a professional objector counsel; and Mr. Morgan and Mr. De La Garza

7    are becoming professional objectors in their own right.

8                                    **Conclusion**

9      For the reasons demonstrated here and in Plaintiffs' Reply, Plaintiffs respectfully submit

10   that the Court should (i) overrule the objection of Mr. Gordon and Mr. De La Garza; (ii) grant

11   final approval to the proposed settlement as fair, reasonable, and adequate; and (iii) grant the

12   request for fees, expense, and service awards.

13

        Dated: December 18, 2012        Respectfully submitted,

14

15                         By: *s/ Cliff Cantor*
                          Cliff Cantor, WSBA # 17893

16                     LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
                      627 208th Ave. SE

17                     Sammamish, WA 98074
                     Tel:   (425) 868-7813

18                     Fax:   (425) 732-3752
                     Email: cliff.cantor@comcast.net

19

20                     MILBERG LLP
                     Peter Seidman

21                     One Penn Plaza
                     New York, NY 10119

22                     Tel:   (212) 594-5300
                     Fax:   (212) 868-1229

23                     Email: pseidman@milberg.com

24

25                     REESE RICHMAN LLP
                     Kim E. Richman

26                     875 Ave. of the Americas, 18th Fl.
                     New York, NY  10001

27                     Tel:   (212) 579-4625

PLS.' SUPPL. INFO. ABOUT OBJECTORS
No. C10-1859 JLR         - 5 -              LAW OFFICES OF
                                              CLIFFORD A. CANTOR, P.C.
                                         627 208th Ave. SE
                                    Sammamish, WA 98074-7033
                            Tel: (425) 868-7813 • Fax: (425) 732-3752

Fax:    (212) 253-4272
Email: krichman@reeserichman.com

Counsel for plaintiffs in *Dennings* [1]

*       *       *

PETERSON WAMPOLD ROSATO
    LUNA KNOPP
Felix Gavi Luna
1501 Fourth Ave., Ste. 2800
Seattle, WA 98101
Tel:    (206) 624-6800
Fax:    (206) 682-1415
Email: luna@pypfirm.com

TYCKO & ZAVAREEI LLP
Jonathan K. Tycko
2000 L St., N.W. Ste. 808
Washington, D.C. 20036
Tel:    (202) 973-0900
Fax:    (202) 973-0950
Email: jtycko@tzlegal.com

Counsel for plaintiffs in *Minnick*

*       *       *

AUDET & PARTNERS, LLP
Michael McShane
221 Main St., Ste. 1460
San Francisco, CA 94105
Tel:    (415) 568-2555
Fax:    (415) 568.2556
Email: mmcshane@audetlaw.com

BAILLON THOME JOZWIAK & WANTA LLP
Shawn J. Wanta
222 S. Ninth St., Ste. 2955
Minneapolis, MN 55402
Tel:    (612) 252-3570

---

[1]    In this context, the phrase "plaintiffs in *Dennings*" does not include Mr. Prior, whom counsel do not represent.

PLS.' SUPPL. INFO. ABOUT OBJECTORS
No. C10-1859 JLR                                        - 6 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1

Fax:    (612) 252-3571
Email: swanta@baillonthome.com

2

Counsel for plaintiffs in *Newton*

3

**Class Counsel**

4

5

6

7

8

Certificate of Service

9

I certify that, on December 18, 2012, I caused the foregoing to be (i) filed with the clerk
of the court via the CM/ECF system, which will send notification of filing to all counsel of
record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E.
6th St., Vancouver WA 98661.

10

11

12

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLS.' SUPPL. INFO. ABOUT OBJECTORS
No. C10-1859 JLR

- 7 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752