The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859-JLR<br><br>CLEARWIRE'S JOINDER IN PLAINTIFFS' MOTION FOR APPEAL BOND [DKT. 107]<br><br>*Note on Motion Calendar*:<br>March 8, 2013 |

Clearwire Corporation joins in Plaintiffs' Motion for Appeal Bond [Dkt. 107]. The record and the case law fully support Plaintiffs' request for a bond in the amount of $39,150 to account for ongoing settlement administration fees and expenses during the appeal period. *See Miletak v. Allstate Ins. Co.*, 2012 U.S. Dist. LEXIS 125426 at *6, 2012 WL 3686785 at *2 (N.D. Cal. Aug. 27, 2012) (requiring bond for, among other things, "$50,000 in 'administrative costs,' which consists of the costs incurred in order 'to continue to service and respond to class members' needs pending the appeal'"); *Embry v. ACER Am. Corp.,* No. C 09-01808 JW, "Order

---

CLEARWIRE'S JOINDER IN PLAINTIFFS' MOTION
FOR APPEAL BOND [DKT. 107] (No. C10-1859-JLR) — 1
DWT 21218742v1 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Granting Motion for Reconsideration," Dkt. 265 at 4 n.12 (N.D. Cal. July 31, 2012) (attached as
2  Ex. B to Cantor Decl. [Dkt. 108-2]) (ordering bond to cover, among other things, $55,650 of
3  class administrator's costs in "maintaining contact with class members for the duration of an
4  appeal").  Further, Plaintiffs' request for $2,000 in security for traditional Rule 39(e) costs
5  reflects an exceptionally conservative estimate of allowable costs on appeal.

6        For these reasons, Clearwire joins in the Plaintiffs' Motion for Appeal Bond [Dkt. 107]
7  and asks the Court to enter the order in the form Plaintiffs have submitted.

8        Respectfully submitted this 21st day of February, 2013.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Clearwire Corporation*

By:    s/ *Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Kenneth E. Payson, WSBA #26369
    John A. Goldmark, WSBA #40980
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com
        kenpayson@dwt.com
        johngoldmark@dwt.com

CLEARWIRE'S JOINDER IN PLAINTIFFS' MOTION
FOR APPEAL BOND [DKT. 107] (No. C10-1859-JLR) — 2
DWT 21218742v1 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service a copy of the document to the following non CM/EFC participant: Robert Prior, 2016 E. 6th Street, Vancouver, WA 98661.

DATED this 21st day of February, 2013.

s/ *Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
E-mail:  steverummage@dwt.com

CLEARWIRE'S JOINDER IN PLAINTIFFS' MOTION
FOR APPEAL BOND [DKT. 107] (No. C10-1859-JLR) — 3
DWT 21218742v1 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700