The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859-JLR<br><br>DECLARATION OF JONATHAN K. TYCKO IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND |

I, Jonathan K. Tycko, declare as follows:

1.  I am a partner with the law firm of Tycko & Zavareei LLP. I am competent to testify and base this declaration on my personal knowledge. I am one of the attorneys appointed by the Court's Order of August 24, 2012 (dkt. 64) as Class Counsel in this matter, and also

DECL. OF JONATHAN K. TYCKO
No. C10-1859 JLR

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1. represent the plaintiffs in *Minnick v. Clearwire US, LLC*, No. C09-912 MJP (W.D. Wash.), one of the three cases covered by the settlement approved herein.

2. Under my direction, staff of my firm used PACER to identify other cases in which attorney Christopher Bandas has represented an objector to a class action settlement on appeal.

3. The list of cases we were able to identify is attached hereto as Exhibit A.

4. For each of these cases, we confirmed through documents available on PACER that Mr. Bandas appeared, and that he represented an objector on appeal from approval of a class settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2013

_____
Jonathan K. Tycko

DECL. OF JONATHAN K. TYCKO
No. C10-1859 JLR

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

# Exhibit A

## Cases in which Mr. Bandas Has Represented an Objector to a Class Action Settlement on Appeal to the Ninth Circuit

Pending Appeals to Ninth Circuit (11)

1. *In re Andrea Resnik v. Edmund Bandas, et al.*, No. 12-15957 (9th Cir.)
   Original Case: 4:09-md-02029 (N.D. Cal.)

2. *In re Ira Erwin v. LG Display Co., Ltd., et al.*, No. 12-16780 (9th Cir.)
   Original Case: 3:07-md-01827 (N.D. Cal.)

3. *In re Luis Santana v. LG Diplay Co., Ltd. et al.*, No. 12-16782 (9th Cir.)
   Original Case: 3:07-md-01827 (N.D. Cal.)

4. *In re Stefan Rest v. LG Display Co., Ltd., et al.*, No. 12-16788 (9th Cir.)
   Original Case: 3:07-md-01827 (N.D. Cal.)

5. *Judy Ko v. Alfredo Walsh, et al.*, No. 12-17296 (9th Cir.)
   Original Case: 4:09-cv-02619 (N.D. Cal.)

6. *In re Athena Hohenberg v. Ferrero USA, Inc.*, No. 12-56478 (9th Cir.)
   Original Case: 3:11-cv-00205 (S.D. Cal.)

7. *Salvatore Gallucci v. Boiron, Inc., et al.*, No. 12-57184 (9th Cir.)
   Original Case: 3:11-cv-02039 (S.D. Cal.)

8. *Beau Lochridge v. Bank of America Corp., et al.*, No. 13-15170 (9th Cir.)
   Original Case: 3:11-md-02269 (N.D. Cal.)

9. *Maria Wong, et al v. Quixtar, Inc., et al.*, No. 13-15360 (9th Cir.)
   Original Case: 3:07-cv-00201 (N.D. Cal.)

10. *Angelo Dennings v. Clearwire Corp.*, No. 13-35038 (9th Cir.)
    Original Case: 2:10-cv-01859 (W.D. Wash.)

11. *In re Sean Hull, et al v. Groupon, Inc., et al.*, No. 13-55128 (9th Cir.)
    Original Case: 3:11-md-02238 (S.D. Cal.)

Closed Appeals to Ninth Circuit (16)

12. *Bandas Law Firm, PC v. Conroy, et al.*, No. 06-15980 (9th Cir.)
    Original Case: 4:00-cv-02810 (N.D. Cal.)
    Related appeal (where Bandas was objecting): *Bandas Law Firm, PC v. 3M Corp., et al.*, No. 06-16627;
    Related appeals (where Bandas was not objecting): *Rogers v. Conroy, et al.*, No. 06-15993 (9th Cir.); *Rogers v. 3M Corp., et al.*, No. 06-15993 (9th Cir.).

13. *Checkmate Strategic v. Backwater Safari*, No. 07-55597 (9th Cir.)
 Original Case: 2:05-cv-04588 (C.D. Cal.)
 Related appeal: No. 07-55599 (9th Cir.)

14. *Andre Fleury v. Richemont North America, Inc.*, No. 08-16724 (9th Cir.)
 Original Case: 3:05-cv-04525 (N.D. Cal.)
 Related Appeal: No. 08-16724 (9th Cir.)

15. *Jessica Gaona v. Sam's West, Inc., et al.*, No. 09-17648 (9th Cir.)
 Original Case: MDL No. 1735 (D.N.V.)

16. *Nancy Hall v. Stephanie Swift., et al.*, No. 10-15516 (9th Cir.)
 Original Case: 2:06-cv-00225 (D.N.V.)

17. *Eva Hibnick v. Kelvin Walsh*, No. 11-16587 (9th Cir.)
 Original Case: 5:10-cv-00672 (N.D. Cal.)

18. *Shawndee Hartless v. Clorox Company*, No. 11-55150 (9th Cir.)
 Original Case: 3:06-cv-02705 (S.D. Cal.)

19. *Harry Dennis v. Omar Rivero*, No. 11-55706 (9th Cir.)
 Original Case: 3:09-cv-01786 (S.D. Cal.)

20. *Kambiz Batmanghelich v. Sirius XM Radio, Inc., et al.*, No. 11-56776 (9th Cir.)
 Original Case: 2:09-cv-09190 (C.D. Cal.)

21. *Michael Bateman v. American Multi-Cinema, Inc.*, No. 11-57027 (9th Cir.)
 Original Case: 2:07-cv-00171 (C.D. Cal.)

22. *Luis Santana v. Blue Sky Natural Beverage Co., et al.*, No. 12-16520 (9th Cir.)
 Original Case: 3:06-cv-06609 (N.D. Cal.)

23. *In re: Michael Schultz v. Apple, Inc., et al.*, No. 12-17004 (9th Cir.)
 Original Case: 5:10-md-02188 (N.D. Cal.)

24. *In re: Bert Chapa v. Apple, Inc., et al.*, No. 12-17005 (9th Cir.)
 Original Case: 5:10-md-02188 (N.D. Cal.)

25. *Anthony Michaels v. Classmates Online, Inc.*, et al, No. 12-35593 (9th Cir.)
 Original Case: 2:09-cv-00045 (W.D. Wash.)

26. *Christina Adams v. Gordon Morgan, et al.*, No. 12-56957 (9th Cir.)
 Original Case: 3:08-cv-00248 (S.D. Cal.)

27. *Michael Shames v. Michael Schulz, et al.*, No. 12-57247 (9th Cir.)
 Original Case: 3:07-cv-02174 (S.D. Cal.)