The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant. | Case No. C10-1859-JLR <br><br> SECOND DECLARATION OF CLIFF CANTOR IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND <br><br> NOTE ON MOTION CALENDAR: Friday, March 8, 2013 |

I, Cliff Cantor, declare as follows:

1. I am the principal of Law Offices of Clifford A. Cantor, P.C. I am competent to testify and base this declaration on my personal knowledge.

2. In *Dennings*, my firm is one of counsel for plaintiffs (except for Mr. Prior). This Court, in its Order Granting Preliminary Approval dated August 24, 2012, appointed my firm as one of class counsel. *See* Prelim. Approv. Order at 3:26 - 4:2 (dkt. 64).

SECOND CANTOR DECL. iso MOT. FOR APPEAL BOND
No. C10-1859 JLR

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

3. Attached as Exhibit E hereto is a true and correct copy of *Embry v. ACER America Corp.*, No. 09-1808, Motion for Appeal Bond (N.D. Cal. Mar. 23, 2012) (dkt. 232), which I downloaded from Pacer.

4. Attached as Exhibit F hereto is a true and correct copy of *Embry v. ACER America Corp.*, No. 09-1808, Declaration of Amy L. Lake Regarding Additional Claims Administration Costs Resulting from Appeal at 2:15-22 & 3:1-16 (N.D. Cal. Mar. 23, 2012) (dkt. 232-2), which I downloaded from Pacer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Mar. 8, 2013.

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

Certificate of Service

I certify that, on Mar. 8, 2013, I caused the foregoing declaration (with its exhibits) to be (i) filed with the clerk of the court via the CM/ECF system, which will send notification of filing to all counsel of record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E. 6th St., Vancouver WA 98661.

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

SECOND CANTOR DECL. iso MOT. FOR APPEAL BOND
No. C10-1859 JLR
- 2 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752