The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859-JLR<br><br>DECLARATION OF CLIFF CANTOR<br><br>NOTE ON MOTION CALENDAR:<br>Friday, May 24, 2013 |

I, Cliff Cantor, declare as follows:

1. I am the principal of Law Offices of Clifford A. Cantor, P.C. I am competent to testify and base this declaration on my personal knowledge and the records of my law firm.

2. In *Dennings*, my firm is one of counsel for plaintiffs (except for Mr. Prior). This Court, in its Order Granting Preliminary Approval dated August 24, 2012, appointed my firm as one of class counsel. *See* Prelim. Approv. Order at 3:26 – 4:2 (dkt. 64).

CANTOR DECL.
No. C10-1859 JLR

- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

3. On May 6, 2013, I received by CM/ECF email from the Ninth Circuit a copy of a Petition for Rehearing filed that day by Objectors-Appellants Mr. Morgan and Mr. De La Garza in *Morgan et al., Objectors-Appellants, Dennings et al., Plaintiffs-Appellees v. Clearwire Corp., Defendant-Appellee*, No. 13-35038 (9th Cir. Dkt. 12-1). On May 7, 2013, I received by CM/ECF email from the Ninth Circuit another copy of what appeared to me to be the same Petition for Rehearing. The Petition for Rehearing relates to the Ninth Circuit's order granting summary affirmance dated April 22, 2013 (9th Cir. Dkt. 11) (also filed with this Court as Dkt. 126).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 9, 2013.

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

Certificate of Service

I certify that, on the date stamped above, I caused the foregoing declaration to be (i) filed with the clerk of the court via the CM/ECF system, which will send notification of filing to all counsel of record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E. 6th St., Vancouver WA 98661.

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

CANTOR DECL.
No. C10-1859 JLR

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752