# EXHIBIT 1

No. 13-35038

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ANGELO DENNINGS, *et al.*, on behalf of himself and
all others similarly situated,
*Plaintiffs-Appellees*,

v.

CLEARWIRE CORPORATION,
*Defendant-Appellee*,

GORDON B. MORGAN and JEREMY DE LA GARZA,
*Objectors-Appellants*.

On Appeal from the United States District Court
for the Western District of Washington. Case No. 2:10-cv-1859-JLR
The Honorable James L. Robart

MOTION FOR VOLUNTARY DISMISSAL

Christopher A. Bandas (00787637)
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401
Telephone: 361/698-5200
Facsimile: 361/698-2222

Donald H. Heyrich (23091)
Heyrich Kalish McGuigan PLLC
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Telephone : 206-838-2504
Fax:206-260-3055

*Attorneys for Appellants Gordon Morgan and Jeremy De La Garza*

Pursuant to Fed. R. App. P. 42(b), objectors-appellants Jeremy De La Garza and Gordon Morgan hereby move for the voluntary dismissal of their appeal filed with the United States District Court for the Western District of Washington on January 18, 2013 (Dkt. 101).

DATED: May 15, 2013                    Respectfully submitted,

/s/ Christopher A. Bandas

Christopher A. Bandas (*Pro Hac Vice*)
Texas State Bar No. 00787637
**BANDAS LAW FIRM, P.C.**
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone: (361) 698-5200
Facsimile: (361) 698-2222

Donald H. Heyrich, WSBA No. 23091
**Heyrich Kalish McGuigan PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
Telephone : 206-838-2504
Facsimile: 206-260-3055
E-mail: DHeyrich@hkm.com

*Attorneys for Appellant Jeremy De La Garza and Gordon Morgan*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail to the following participants, postage prepaid, at the address listed below:

Robert Prior
2016 E. 6th Street
Vancouver, WA 98661

Joshua Keller
MILBERG LLP
48th Floor
One Pennsylvania Plaza
New York, NY 10019-0165

DATED this 15th day of May 2013.

                                                 /s/ Christopher A. Bandas
                                                 Christopher A. Bandas