UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELO DENNINGS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLEARWIRE CORP.,<br><br>　　　　　Defendant. | CASE NO. C10-1859JLR<br><br>ORDER DENYING MOTION FOR CONTEMPT |

Before the court is Class Plaintiffs' motion for contempt. (Mot. (Dkt. # 128).) This is a class action lawsuit that has settled. Certain class members ("the objectors") who have been accused of being "professional objectors" appealed the final settlement approval, whereupon the rest of the class moved the court to order an appeal bond. (*See* Mot. for Order (Dkt. # 107).) The court granted the motion, ordering the objectors to post an appeal bond of $41,150.00 or else dismiss their notice of appeal. (3/11/13 Order (Dkt. # 117).)

ORDER- 1

1   The objectors did not post an appeal bond. However, Class Plaintiffs moved for, and were granted, summary affirmance by the Ninth Circuit. (*See* Ord. of USCA (Dkt. # 126).) This would have disposed of the appeal, but the objectors moved for a rehearing. *See* Petition for Rehearing, *Dennings v. Clearwire*, No. 13-35038 (9th Cir. May 6, 2013). This rehearing request prompted Class Plaintiffs to move in the district court three days later for an order holding the objectors in contempt for failing to post an appeal bond. (*See* Mot.)

After Class Plaintiffs filed their motion for contempt, the objectors moved to voluntarily dismiss their appeal. *See* Mot. to Dismiss Case Voluntarily, *Dennings v. Clearwire*, No. 13-35038 (9th Cir. May 15, 2013). The Ninth Circuit construed this as a motion to voluntarily withdraw the objectors' request for a rehearing and granted the motion. *See* 5/24/13 Order, *Dennings v. Clearwire*, No. 13-35038 (9th Cir. May 24, 2013). Thus, while the objectors still have not posted an appeal bond, they have effectively complied with the court's order by dismissing their notice of appeal. In any event, there is nothing left to argue about since this case has been disposed of entirely. Accordingly, the court DENIES Class Plaintiffs' motion for contempt as not being justified by the objectors' conduct or their attorney's procedural machinations (Dkt. # 128).

Dated this 3rd day of June, 2013.

JAMES L. ROBART
United States District Judge

ORDER- 2