UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2013



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANGELO DENNINGS, on behalf of himself and all others similarly situated; et al.,

    Plaintiffs - Appellees,

 v.

CLEARWIRE CORPORATION,

    Defendant - Appellee,

_____

GORDAN B. MORGAN; JEREMY DE LA GARZA,

    Objectors - Appellants.

No. 13-35038

D.C. No. 2:10-cv-01859-JLR
U.S. District Court for
Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered April 22, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:
    Molly C. Dwyer
    Clerk of Court

    Rhonda Roberts
    Deputy Clerk