The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | Case No. C10-1859-JLR<br><br>DECLARATION OF CLIFF CANTOR IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND IN CONNECTION WITH OBJECTORS' SECOND APPEAL<br><br>NOTE ON MOTION CALENDAR:<br>Friday, June 28, 2013 |

I, Cliff Cantor, declare as follows:

1.  I am the principal of Law Offices of Clifford A. Cantor, P.C. I am competent to testify and base this declaration on my personal knowledge and the records of my law firm.

2.  In *Dennings*, my firm is one of counsel for plaintiffs (except for Mr. Prior). This Court, in its Order Granting Preliminary Approval dated August 24, 2012, appointed my firm as one of class counsel. *See* Prelim. Approv. Order at 3:26 – 4:2 (dkt. 64).

CANTOR DECL. iso MOT. FOR APPEAL BOND
IN CONNECTION WITH SECOND APPEAL - 1 -
No. C10-1859 JLR

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

3. Attached as Exhibit A hereto is a true and correct copy of the Ninth Circuit docket for *Christina Adams v. Gordon Morgan*, No. 12-56957 (9th Cir. updated Jun. 11, 2013), which I caused to be downloaded from www.bloomberglaw.com.  The second page of the docket sheet shows that the defendant was AllianceOne, Inc. and Mr. Morgan was an objector-appellant represented by Mr. Christopher Bandas.  The third page of the docket sheet shows that, on February 1, 2013, Mr. Morgan filed a stipulated motion to dismiss the case voluntarily; and that no appellate briefing had yet been filed.  Also attached as the last page of Exhibit A is a true and correct copy of an order of the Ninth Circuit granting objector-appellant Morgan's motion to dismiss the appeal, which I caused to be downloaded from PACER.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2013.

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

Certificate of Service

I certify that, on June 13, 2013, I caused the foregoing declaration (with its exhibit) to be (i) filed with the clerk of the court via the CM/ECF system, which will send notification of filing to all counsel of record; and (ii) deposited in the U.S. mail, postage prepaid, addressed to Robert Prior, 2016 E. 6th St., Vancouver WA 98661.

*s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

CANTOR DECL. iso MOT. FOR APPEAL BOND
IN CONNECTION WITH SECOND APPEAL      - 2 -
No. C10-1859 JLR

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752