UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI TSANG, and KYLE WILLIAMS, on behalf of Themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant. | Case No. C10-1859-JLR <br><br> DECLARATION OF CHRISTOPHER A. BANDAS REGARDING LETTER OF STIPULATION |

I, Christopher A. Bandas, submit this declaration to attest to the following:

1) On June 20, 2013, I caused the letter of stipulation filed today via ECF with the Court to be sent to the following attorneys via electronic mail (attached below):

*Via Email*: cliff.cantor@comcast.net
Clifford A. Cantor
LAW OFFICES OF CLIFFORD CANTOR
627 208th Avenue SE
Sammamish, Washington 98074

*Via Email*:
krichman@reeserichman.com
REESE RICHMAN LLP
Kim E. Richman
875 Avenue of the Americas
18th Floor
New York, New York 10169

*Via Email*: jkeller@milberg.com
MILBERG LLP
Joshua Keller
One Pennsylvania Plaza
New York, New York 10119

*Via Email*: steverummage@dwt.com
Davis Wright Tremaine LLP
Stephen M. Rummage
Kenneth E. Payson
John A. Goldmark
1201 Third Avenue
Suite 2200
Seattle, Washington 9810

2) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this the 21st day of June 2013, at Corpus Christi, Texas.

_____
Christopher A. Bandas

# Karen Andersen

| | |
|---|---|
| **From:** | Karen Andersen |
| **Sent:** | Thursday, June 20, 2013 3:09 PM |
| **To:** | 'cliff.cantor@comcast.net'; 'jkeller@milberg.com'; 'krichman@reeserichman.com'; 'steverummage@dwt.com' |
| **Cc:** | Chris Bandas |
| **Subject:** | Dennings v. Clearwire Corporation; letter re: stipulation |
| **Attachments:** | clearwire.letter to counsel re stipulation 6-20-2013 EXECUTED.pdf |

Dear Counsel:

Attached please find correspondence from Mr. Bandas regarding the above referenced matter.

If you should have any questions, please feel free to contact our office.

Thank you,
Karen Andersen
Bandas Law Firm
500 North Shoreline Blvd
Suite 1020
Corpus Christi, Texas 78401
phone: 361-698-5200
fax: 361-698-5222

1