Exhibit A

# Cases in which Mr. Bandas Appears to Have Represented an Objector to a Class Action Settlement on Appeal to the Ninth Circuit

1. *Angelo Dennings v. Clearwire Corp.*, No. 13-35491 (9th Cir. filed Jun. 3, 2013)
   Original Case:  2:10-cv-01859 (W.D. Wash.)
   **[pending; not briefed]**

2. *Milans, et al., v. Netflix, et al.*, No. 13-15751 (9th Cir. filed Apr. 17, 2013)
   Original Case:  5:11-cv-00379 (N.D. Cal.)
   **[pending; not briefed]**

3. *Maria Wong, et al v. Quixtar, Inc., et al.*, No. 13-15360 (9th Cir. filed Feb. 26, 2013)
   Original Case: 3:07-cv-00201 (N.D. Cal.)
   **[Appeal voluntarily dismissed,  May 23, 2013]**

4. *Beau Lochridge v. Bank of America Corp.*, No. 13-15170 (9th Cir. filed Jan. 25, 2013)
   Original Case: 3:11-md-02269 (N.D. Cal.)
   **[Appeal voluntarily dismissed, Apr. 1, 2013]**

5. *In re Sean Hull, et al v. Groupon, Inc., et al.*, No. 13-55128 (9th Cir. filed Jan. 22, 2013)
   Original Case:  3:11-md-02238 (S.D. Cal.)
   **[pending; not briefed]**

6. *Angelo Dennings v. Clearwire Corp.*, No. 13-35038 (9th Cir. filed Jan. 18, 2013)
   Original Case:  2:10-cv-01859 (W.D. Wash.)
   **[Summarily affirmed, Apr. 22, 2013]**

7. *Michael Shames v. Michael Schulz, et al.*, No. 12-57247 (9th Cir. filed Dec. 12, 2012)
   Original Case: 3:07-cv-02174 (S.D. Cal.)
   **[Appeal dismissed, Jan. 23, 2013]**

8. *Salvatore Gallucci v. Boiron, Inc., et al.*, No. 12-57184 (9th Cir. filed Dec. 3, 2012)
   Original Case: 3:11-cv-02039 (S.D. Cal.)
   **[Appeal dismissed for failure to file an opening brief, Jun. 3, 2013]**

9. *Christina Adams v. Gordon Morgan, et al.*, No. 12-56957 (9th Cir. filed Oct. 26, 2012)
   Original Case: 3:08-cv-00248 (S.D. Cal.)
   **[Appeal voluntarily dismissed, Feb. 4, 2013]**

10. *Judy Ko v. Alfredo Walsh, et al.*, No. 12-17296 (9th Cir. filed Oct. 16, 2012)
    Original Case: 4:09-cv-02619 (N.D. Cal.)
    **[Appeal dismissed for failure to file an opening brief, Apr. 24, 2013]**

11. *In re: Bert Chapa v. Apple, Inc., et al.*, No. 12-17005 (9th Cir. filed Sep. 11, 2012),
    *In re: Michael Schultz v. Apple, Inc., et al.*, No. 12-17004 (9th Cir. filed Sep. 11, 2012)
    Original Case: 5:10-md-02188 (N.D. Cal.)
    **[Appeal voluntarily dismissed, Jan. 11, 2013]**

12. *In re Stefan Rest v. LG Display Co., Ltd.*, No. 12-16788 (9th Cir. filed Aug. 14, 2012),
    *In re Luis Santana v. LG Diplay Co., Ltd.*, No. 12-16782 (9th Cir. filed Aug. 14, 2012),
    *In re Ira Erwin v. LG Display Co., Ltd.*, No. 12-16780 (9th Cir. filed Aug. 14, 2012),
    Original Case:  3:07-md-01827 (N.D. Cal.)
    **[pending; briefed]**

13. *In re Athena Hohenberg v. Ferrero USA, Inc.*, No. 12-56478 (9th Cir. filed Aug. 9, 2012)
    *In re Athena Hohenberg v. Ferrero USA, Inc.*, No. 12-56469 (9th Cir. filed Aug. 9, 2012)
    Original Case:  3:11-cv-00205 (S.D. Cal.)
    **[pending; briefed]**

14. *Anthony Michaels v. Classmates Online, Inc.*, No. 12-35593 (9th Cir. filed Jul. 16, 2012)
    Original Case: 2:09-cv-00045 (W.D. Wash.)
    **[Appeal voluntarily dismissed, Aug. 27, 2012]**

15. *Luis Santana v. Blue Sky Natural Beverage Co.*, No. 12-16520 (9th Cir. filed Jul. 6, 2012)
    Original Case: 3:06-cv-06609 (N.D. Cal.)
    **[Appeal dismissed for failure to file an opening brief, Dec. 11, 2012]**

16. *In re: Andrea Resnick v. Edmund Bandas*, No. 12-15957 (9th Cir. filed Apr. 25, 2012)
    Original Case: 4:09-md-02029 (N.D. Cal.)
    **[pending; briefed]**

17. *Kevin Embry v. ACER America Corp.*, No. 12-15555 (9th Cir. filed Mar. 14, 2012)
    Original Case: 5:09-cv-01818 (N.D. Cal.)
    [Mr. Bandas represented himself as objector]
    **[Appeal voluntarily dismissed, Oct. 2, 2012]**

18. *Michael Bateman v. Am. Multi-Cinema, Inc.*, No. 11-57027 (9th Cir. filed Nov. 11, 2011)
    Original Case: 2:07-cv-00171 (C.D. Cal.)
    **[Appeal dismissed, Dec. 5, 2012]**

19. *Kambiz Batmanghelich v. Sirius XM Radio*, No. 11-56776 (9th Cir. filed Oct. 14, 2011)
    Original Case: 2:09-cv-09190 (C.D. Cal.)
    **[Appeal voluntarily dismissed, Nov. 9, 2011]**

20. *Eva Hibnick v. Kelvin Walsh*, No. 11-16587 (9th Cir. filed Jun. 29, 2011)
    Original Case: 5:10-cv-00672 (N.D. Cal.)
    [**Appeal voluntarily dismissed, Nov. 21, 2011]**

21. *Harry Dennis v. Omar Rivero*, No. 11-55706 (9th Cir. filed May 2, 2011)
    *Harry Dennis v. Omar Rivero*, No. 11-55674 (9th Cir. filed Apr. 25, 2011)
    Original Case: 3:09-cv-01786 (S.D. Cal.)
    **[Briefed, reversed in objectors' favor *sub nom Dennis v. Kellogg Co.*, Sep. 4, 2012]**

22. *Shawndee Hartless v. Clorox Company*, No. 11-55150 (9th Cir. filed Jan. 25, 2011)
    Original Case: 3:06-cv-02705 (S.D. Cal.)
    **[Briefed, memorandum affirmance, Dec. 11, 2012]**

23. *Nancy Hall v. Stephanie Swift., et al.*, No. 10-15516 (9th Cir. filed Mar. 10, 2010)
    Original Case: 2:06-cv-00225 (D. Nev.)
    **[Appeal voluntarily dismissed, Sep. 1, 2010]**

24. *Jessica Gaona v. Sam's West, Inc., et al.*, No. 09-17648 (9th Cir. filed Nov. 24, 2009)
    Original Case: MDL No. 1735 (D. Nev.)
    **[Summarily affirmed, Aug. 10, 2010]**

25. *Andre Fleury v. Richemont North Am., Inc.*, No. 08-16995 (9th Cir. filed Sep. 11, 2008)
    *Andre Fleury v. Richemont North Am., Inc.*, No. 08-16724 (9th Cir. filed Jul. 30, 2008)
    Original Case: 3:05-cv-04525 (N.D. Cal.)
    **[Appeal voluntarily dismissed, Dec. 11, 2008]**

26. *Checkmate Strategic v. Backwater Safari*, No. 07-55599 (9th Cir. filed May 9, 2007),
    *Checkmate Strategic v. Backwater Safari*, No. 07-55597 (9th Cir. filed May 9, 2007)
    Original Case: 2:05-cv-04588 (C.D. Cal.)
    **[Appeal voluntarily dismissed, Jul. 31, 2007]**

27. *Bandas Law Firm, PC v. Conroy, et al.*, No. 06-16627 (9th Cir. filed Sep. 7, 2006),
    *Bandas Law Firm, PC v. Conroy, et al.*, No. 06-15980 (9th Cir. filed May 26, 2006)
    Original Case: 4:00-cv-02810 (N.D. Cal.)
    **[Appeal voluntarily dismissed, Sep. 19, 2006]**