THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI TSANG, and KYLE WILLIAMS, on behalf of Themselves and all others similarly situated,

  Plaintiffs,

  v.

CLEARWIRE CORPORATION,

  Defendant.

Case No. C10-1859-JLR

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOTE ON MOTION CALENDAR:
July 26, 2013

The undersigned counsel and law firm respectfully request leave to withdraw as counsel for Objectors Gordon B. Morgan and Jeremy De La Garza. Having agreed to serve in the limited purpose of local counsel so that the lead attorneys could present objections to the class settlement, the undersigned does not wish to continue as counsel of record in this Court or in the Ninth Circuit Court of Appeals. The undersigned has addressed this matter with lead counsel for the objectors and he does not object. Counsel respectfully requests an order permitting withdrawal.

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
Case No. C10-1859-JLR - 1

HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

Dated this 8th day of July, 2013.

By: *s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA No. 23091
**HEYRICH KALISH MCGUIGAN PLLC**
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Telephone: 206-838-2504
Fax: 206-260-3055
E-mail: DHeyrich@hkm.com

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
Case No. C10-1859-JLR - 2

**HEYRICH KALISH MCGUIGAN PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

## PROOF OF SERVICE

I certify that a true and correct copy of the foregoing document has been forwarded to all counsel via CM-ECF filing on this the 8th day of July, 2013.

*s/ Sasha Forbes*
Legal Secretary
Heyrich Kalish McGuigan PLLC

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
Case No. C10-1859-JLR - 3

**HEYRICH KALISH MCGUIGAN PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504