1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | ANGELO DENNINGS, et al., | CASE NO. C10-1859JLR

11 | Plaintiffs, | ORDER PERMITTING DEPOSIT OF APPEAL BOND IN COURT

12 | v. | REGISTRY

13 | CLEARWIRE CORPORATION,

14 | Defendant.

15    The court recently ordered objectors Gordan Morgan and Jeremy De La Garza to

16 post an appeal bond in the amount of $41,150.00.  (7/8/13 Order (Dkt. # 142).)

17 //

18 //

19 //

20 //

21 //

22 //

ORDER- 1

1  To satisfy this requirement, Objectors may either (1) file proof of bond with the court or

2  (2) deposit a cash bond of $41,150.00 in the court registry.  It is so ordered.

3       Dated this 9th day of July, 2013.

4

5

6  _____

7  JAMES L. ROBART
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 2