Christopher A. Bandas (Admitted *Pro Hac Vice*)
Texas State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone (361) 698-5200
Facsimile (361) 698-5222

*Attorneys for Objectors Jeremy De La Garza and Gordon Morgan*

THE HONORABLE JAMES L. ROBART

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI TSANG, and KYLE WILLIAMS, on behalf of Themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant. | Case No. C10-1859-JLR <br><br><br><br><br> AMENDED NOTICE OF APPEAL |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that objecting class members Jeremy De La Garza and Gordon Morgan hereby amend their Notice of Appeal (Dkt. 132) filed June 3, 2013, currently docketed at the United States Court of Appeals for the Ninth Circuit as Cause No. 13-35491. In addition to the already pending appeal from the Court's "Order Granting Motion for Attorney's Fees

and Expenses" (Dkt. 127) entered May 03, 2013, and from all opinions and orders that merge therein, Appellants also appeal from the Court's "Order Granting Motion for Appeal Bond" (Dkt. 142) entered July 8, 2013. Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: July 9, 2013               Respectfully submitted,

By:      */s/ Christopher A. Bandas*
Christopher A. Bandas (Admitted *Pro Hac Vice*)
Texas State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401-0353
Telephone (361) 698-5200
Facsimile (361) 698-5222

*Attorneys for Objectors Jeremy De La Garza and Gordon Morgan*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been forwarded to all counsel via CM-ECF filing on this the 9th day of July 2013. I further certify that I served the following participants in the case that are not registered CM/ECF users by first-class mail, postage prepaid.

Robert Prior
2016 E. 6th Street
Vancouver, WA 98661

     */s/ Christopher A. Bandas*
Christopher A. Bandas (Admitted *Pro Hac Vice*)