UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELO DENNINGS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE CORPORATION,<br><br>Defendant. | CASE NO. C10-1859JLR<br><br>ORDER VACATING PRIOR ORDER |

Due to a typographical error in the court's July 8, 2013, order granting Plaintiffs' motion for an appeal bond (Dkt. # 142), the court vacates the order and replaces it with an amended order granting Plaintiffs' motion for an appeal bond, which is found at

//

//

//

//

//

ORDER- 1

1  docket number 149. (*See* 7/9/13 Am. Order (Dkt. # 149).)

2      Dated this 9th day of July, 2013.

                                            JAMES L. ROBART
                                            United States District Judge

ORDER- 2