|  |  |  |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
| 9 | | |
| 10 | ANGELO DENNINGS, et al., | CASE NO. C10-1859JLR |
| 11 | Plaintiffs, | AMENDED ORDER GRANTING MOTION FOR APPEAL BOND |
| 12 | v. | |
| 13 | CLEARWIRE CORPORATION, | |
| 14 | Defendant. | |

15   Before the court is class Plaintiffs' second motion for an appeal bond in this class

16   action lawsuit. (Mot. (Dkt. # 134).)  The court previously ordered objectors Gordan

17   Morgan and Jeremy De La Garza to post an appeal bond of $41,150.00 before pursuing

18   their appeal of the final settlement order. (3/11/13 Order (Dkt. # 117).)  Objectors never

19   did this.  In the meantime, their appeal was summarily dismissed by the Ninth Circuit as

20   being "so insubstantial as not to require further argument." (*See* Order of USCA (Dkt.

21   # 126).)  Now, Objectors have appealed the court's order approving attorney's fees in

22

ORDER- 1

connection with the final settlement. (Not. of Appeal (Dkt. # 132).) Once again, class Plaintiffs move for an appeal bond.

The same arguments that compelled the court to require an appeal bond before apply here as well. The court directs Objectors to its previous order for a full explanation of why an appeal bond is appropriate. (*See* 3/11/13 Order.) This new motion raises no new issues warranting the court's attention, and Objectors make no legitimate arguments for why this appeal should be treated any differently from the previous one. (*See* Resp. (Dkt. # 138).) For these same reasons, $41,150.00 is once again an appropriate amount for an appeal bond. (*See* 3/11/13 Order at 4-5.) The motion is GRANTED. If the bond is not posted or the appeal withdrawn within five days of the date of this order, Objectors and Objectors' counsel will be subject to sanctions by the court.

Dated this 9th day of July, 2013.

_____
JAMES L. ROBART
United States District Judge

ORDER- 2