Case: 13-35491 07/15/2013 ID: 8715341 DktEntry: 4 Page: 1 of 1



**FILED**

**JUL 15 2013**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELO DENNINGS, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GORDAN B. MORGAN and JEREMY DE LA GARZA, <br><br> Objectors - Appellants, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant - Appellee. | No. 13-35491 <br><br> D.C. No. 2:10-cv-01859-JLR Western District of Washington, Seattle <br><br> ORDER |

Before: KOZINSKI, Chief Judge, and TALLMAN, Circuit Judge.

The emergency "motion to stay appeal bond" is denied.

The court will address all other pending motions by separate order. Briefing is stayed pending resolution of the pending motions.

KE/MOATT