UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELO DENNINGS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLEARWIRE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C10-1859JLR<br><br>ORDER TO APPEAR AND SHOW CAUSE |

Counsel for Objectors Gordan B. Morgan and Jeremy De La Garza are ORDERED to appear in court and show cause why they should not be sanctioned for failing to comply with the court's order of July 9, 2013. In that order, the court directed Objectors to post an appeal bond within five days or else withdraw their appeal. (7/9/13 Order (Dkt. # 149).) They were specifically warned that "[i]f the bond is not posted or the appeal withdrawn within five days of the date of this order, Objectors and Objectors' counsel will be subject to sanctions by the court." (*Id.* at 2.) This warning was

ORDER- 1

necessitated by Objectors' conduct leading up to the order.[1]  Despite the warning, Objectors did not post the bond, nor did they withdraw their appeal.  Instead, they appealed the court's July 9, 2013, order and filed an emergency motion to stay the bond order.  The Ninth Circuit denied that motion (*see* Dkt. # 153), but Objectors still did not post a bond or withdraw their appeal.  To date, they still have not complied.

Objectors and their counsel now face sanctions.  Accordingly, the court ORDERS Objectors' attorneys Christopher A. Bandas and Donald W. Heyrich to appear in person at 2:00 on Thursday, August 1, 2013, and show cause why the court should not impose sanctions.

Dated this 19th day of July, 2013.

JAMES L. ROBART
United States District Judge

---

[1] For a description of the events leading up to this order and a summary of objectors' conduct to date, *see* 7/11/13 Order (Dkt. # 152).

ORDER- 2