Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANGELO DENNINGS, et al.,          )
                                  )
                    Plaintiffs,   )          NO. C10-1859JLR
                                  )
        v.                        )          NOTICE OF APPEARANCE
                                  )
CLEARWIRE CORPORATION,            )
                    Defendant.    )
                                  )
_____)

    PLEASE TAKE NOTICE that Michael Iaria and Susan Wilk appear on behalf of

Christopher Bandas in this matter, limited to issues regarding the show cause order entered on

July 19, 2013 and appearing at Docket No. 154

        Dated: July 26, 2013

                    Respectfully submitted and stipulated,

s/Michael Iaria                   s/Susan Wilk
Michael Iaria                     Susan Wilk
WSBA No. 15312                    WSBA No. 28250
1111 Third Avenue, Suite 2220     1111 Third Avenue, Suite 2220
Seattle, WA 98101                 Seattle, Washington 98101
ph: 206-235-4101                  ph: 206-400-7576
mpi@iaria-law.com                 sfw@iaria-law.com

**LAW OFFICE OF MICHAEL IARIA PLLC**
**1111 Third Avenue Building**
**Suite 2220**
**Seattle, Washington 98101**
**206.235.4101**

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court and also served it using the CM/ECF system.


s/Michael Iaria
Michael Iaria

**LAW OFFICE OF MICHAEL IARIA PLLC**
1111 Third Avenue Building
Suite 2220
Seattle, Washington 98101
206.235.4101