07/30/2013 04:57 PM EDT

```
____ FILED     ____ ENTERED
____ LODGED    ____ RECEIVED

        JUL 31 2013

           AT SEATTLE
       CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

U.S. Courts
Case Inquiry Report
Case Num: DWAW210CV001859; Party Num: N/A; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number**  DWAW210CV001859    **Case Title**  ANGELO DENNINGS, ETAL VS CLEARWIRE COR

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY13289 | CLEARWIRE CORPORATION | CCA9770 | REGISTRY NON-TREASURY | | 41,150.00 | 41,150.00 | 0.00 |
| | | | | | | 41,150.00 | 41,150.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| EW | East West Bank | Money Market | 5610400617 | 41,150.00 |
| TREA | Treasury | Treasury | 604700 | 0.00 |

**Transaction Information:**

| Document Type/Number* | Account Number | Debt Type Line# | Debt Type | Document Date | Accomplished Date | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT SEA057756 DWAW210CV001859-001 | 1 | | | 07/23/2013 REGISTRY NON-TREASURY | 07/23/2013 | DP | | 41,150.00 | 2 | CLEARWIRE CORPORATION | | 0 | 85 | 900000 |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

Version 7.1       Page 1 of 1

10-CV-01859-RCPT