# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI TSANG, and KYLE WILLIAMS, on behalf of Themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLEARWIRE CORPORATION,<br><br>  Defendant. | Case No. C10-1859-JLR<br><br>THE HONORABLE JAMES L. ROBART<br><br>NOTE ON MOTION CALENDAR:<br>Friday, October 4, 2013 |

### UNOPPOSED MOTION FOR RETURN OF APPELLANTS' APPEAL BOND MONEY

Appellants respectfully move for the return of the full amount of the $41,150 bond amount deposited with the clerk of this court on July 23, 2103 (Dkt. 161).

Appellants posted a $41,150 bond with this court pursuant to an appeal bond order issued on July 8, 2013 (Dkt. 142). Plaintiffs-Appellees ("Plaintiffs"), Defendant-Appellee Clearwire Corporation ("Clearwire"), and Objectors-Appellants Jeremy de la Garza and Gordon Morgan ("Appellants") (collectively, "Parties") have stipulated in the Ninth Circuit Court of Appeals (attached as Exhibit 1) that, in exchange for the Parties each bearing their own costs on appeal of the abovementioned litigation in which the Ninth Circuit recently granted Plaintiffs' second motion for summary affirmance, no further appellate efforts will be undertaken, thereby allowing this Court's final approval of the underlying settlement to become final.  No other consideration was exchanged for these promises.

Now that the parties have agreed that no further appellate efforts will be undertaken and the parties will each bear their own costs relating to the recent appeals, the Court should release Appellants' appeal bond.

Dated:  September 19, 2013                Respectfully submitted,

By:   ___s/ Michael Iaria_____
Michael Iaria, WSBA 15312
Susan F. Wilk, WSBA 28250
1113 Third Avenue, Suite 2220
Seattle, WA 98101
Ph: 206-235-4101
Fax: 206-274-4939
mpi@iarialaw.com
sfw@iarialaw.com

*Attorneys for Christopher A. Bandas*

### CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that I served the following participants in the case that are not registered CM/ECF users by USPS First Class mail, postage prepaid.

Robert Prior
2016 E. 6th Street
Vancouver, WA 98661

___s/ Michael Iaria_____
Michael Iaria