UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELO DENNINGS, *et al.*, on behalf of himself and all others similarly situated,<br><br>  *Plaintiffs - Appellees*,<br><br>v.<br><br>GORDON B. MORGAN and JEREMY DE LA GARZA<br><br>  *Objectors - Appellants*,<br><br>v.<br><br>CLEARWIRE CORPORATION<br><br>  *Defendant - Appellee*. | No. 13-35491<br><br>D.C. No 2:10-cv-1859-JLR<br>Western District of Washington at Seattle<br><br>**JOINT STIPULATION** |

  By Order dated September 9, 2013, this Court granted Plaintiffs-Appellees' motion for summary affirmance of the district court's May 3, 2013 order awarding attorneys' fees and expenses; and denied all other pending motions as moot. (Order, No. 13-35491, Dkt. Entry 24.)

  To the extent any further issues remain in this appeal, in accordance with FRAP Rule 42(b), Plaintiffs-Appellees ("Plaintiffs"), Defendant-Appellee

1

Clearwire Corporation ("Clearwire"), and Objectors-Appellants Jeremy de la Garza and Gordon Morgan ("Appellants") hereby agree to the dismissal of this appeal with each party to bear its own costs, and ask the Court to so order.

Regardless of whether further issues remain, Plaintiffs, Clearwire, and Appellants ask the Court to enter an order that each party will bear its own costs. Plaintiffs and Clearwire agree to each party bearing its own costs in exchange for the agreement of Appellants and Appellants' counsel to not seek any further appellate review in the above mentioned litigation, *Dennings et al. v. Clearwire Corp.*, No. 2:10-cv-1859-JLR (W.D. Wash.) (including Appellants' appeals to this Court). No other consideration is being exchanged for these agreements.

Dated: September 19, 2013

Respectfully submitted,

| | |
|---|---|
| By: __s/ Cliff Cantor__<br>Cliff Cantor<br>Law Offices of Clifford A. Cantor, P.C.<br>627 208th Ave. SE<br>Sammamish, WA 98074-7033<br>Tel: 425-868-7813<br>cliff.cantor@outlook.com<br><br>*Attorneys for Plaintiffs-Appellees* | By: __/s/ Christopher A. Bandas__<br>Christopher A. Bandas<br>Bandas Law Firm, P.C.<br>500 N. Shoreline Avenue, Suite 1020<br>Corpus Christi, TX 78401<br>Tel: (361) 698-5200<br>Fax: (361) 698-5222<br>cbandas@bandaslawfirm.com<br><br>*Attorneys for Objectors-Appellants*<br>*Jeremy de la Garza and*<br>*Gordon Morgan* |

Case: 13-35091 09/19/2013 ID: 8790114 DktEntry: 5 Page: 2 of 3
Case 2:10-cv-01859-JLR Document 769 Filed 09/19/13 Page 2 of 3

2

By: __s/ Kenneth E. Payson__  
Kenneth E. Payson  
Davis Wright Tremaine LLP  
1201 Third Avenue, Suite 2200  
Seattle, WA 98101-3045  
Tel: 206-622-3150  
kenpayson@dwt.com  

*Attorneys for Defendant-Appellee Clearwire Corporation*

By: __Michael Iaria__  
Michael Iaria  
Law Office of Michael Iaria, PLLC  
1111 Third Ave., Suite 2220  
Seattle, WA 98101  
Tel: 206-400-7576  
mpi@iaria-law.com  

*Attorneys for Christopher A. Bandas*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that I served the following participants in the case that are not registered CM/ECF users by USPS First Class mail, postage prepaid.

Robert Prior  
2016 E. 6th Street  
Vancouver, WA 98661

               ___/s/ *Christopher A. Bandas*___  
               Christopher A. Bandas