UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGELO DENNINGS, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> GORDAN B. MORGAN and JEREMY DE LA GARZA, <br><br> Objectors - Appellants, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant - Appellee. | No. 13-35491 <br><br> D.C. No. 2:10-cv-01859-JLR <br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |

The judgment of this Court, entered September 09, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:
                      Molly C. Dwyer
                      Clerk of Court

                      Jessica F. Flores
                      Deputy Clerk