1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HONORABLE JAMES L. ROBART

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI TSANG, and KYLE WILLIAMS, on behalf of Themselves and all others similarly situated,

        Plaintiffs,

        v.

CLEARWIRE CORPORATION,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C10-1859-JLR

[PROPOSED] **ORDER** GRANTING MOTION FOR RETURN OF APPELLATE BOND

The Court grants Objectors-Appellants Motion for Return of Appellate Bond and orders the return of the $41,150.00 deposited with this Court on July 23, 2013. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $41,150.00 plus all accrued interest, minus any statutory users fees, payable to Bandas Law Firm and mail or deliver the check Bandas Law Firm.

Dated: October 4 , 2013

_____
The Honorable James L. Robart

1

Presented by:

2

s/Michael Iaria
Michael Iaria, WSBA 15312

3

Susan F. Wilk, WSBA 28250
1111 Third Avenue, Suite 2220

4

Seattle, WA 98101
Ph: 206-400-7576

5

Fax: 206-274-4939

6

mpi@iarialaw.com
sfw@iarialaw.com

7

*Attorneys for Christopher A. Bandas*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

7   MICHAEL BOBOWSKI, ALYSON BURN,          )
    STEVEN COCKAYNE, BRIAN CRAWFORD,        )
8   DAN DAZELL, ANGELO DENNINGS,            )
    CHEYENNE FEGAN, SHARON FLOYD,           )
9   GREGORY GUERRIER, JOHANNA               )
    KOSKINEN, ELENA MUNOZ-ALAZAZI           )   Case No. C10-1859-JLR
10  TSANG, and KYLE WILLIAMS, on behalf of  )
    Themselves and all others similarly situated,   )   THE HONORABLE JAMES L. ROBART
11                                          )
                                            )
12          Plaintiffs,                     )   NOTE ON MOTION CALENDAR:
                                            )   Friday, October 4, 2013
13       v.                                 )
                                            )
14                                          )
    CLEARWIRE CORPORATION,                  )
15                                          )
            Defendant.                      )
16

17

18

## UNOPPOSED MOTION FOR RETURN OF APPELLANTS' APPEAL BOND MONEY

19       Appellants respectfully move for the return of the full amount of the $41,150 bond amount

20  deposited with the clerk of this court on July 23, 2103 (Dkt. 161).

21       Appellants posted a $41,150 bond with this court pursuant to an appeal bond order issued on

22  July 8, 2013 (Dkt. 142). Plaintiffs-Appellees ("Plaintiffs"), Defendant-Appellee Clearwire

23  Corporation ("Clearwire"), and Objectors-Appellants Jeremy de la Garza and Gordon Morgan

24  ("Appellants") (collectively, "Parties") have stipulated in the Ninth Circuit Court of Appeals

25  (attached as Exhibit 1) that, in exchange for the Parties each bearing their own costs on appeal of the

26  abovementioned litigation in which the Ninth Circuit recently granted Plaintiffs' second motion for

27  summary affirmance, no further appellate efforts will be undertaken, thereby allowing this Court's

28  final approval of the underlying settlement to become final. No other consideration was exchanged

    for these promises.

1    Now that the parties have agreed that no further appellate efforts will be undertaken and the

2    parties will each bear their own costs relating to the recent appeals, the Court should release

3    Appellants' appeal bond.

4

5    Dated: September 19, 2013                    Respectfully submitted,

6                                        By:      s/ Michael Iaria
                                                  Michael Iaria, WSBA 15312
7                                                 Susan F. Wilk, WSBA 28250
                                                  1113 Third Avenue, Suite 2220
8                                                 Seattle, WA 98101
                                                  Ph: 206-235-4101
9                                                 Fax: 206-274-4939
                                                  mpi@iarialaw.com
10                                                sfw@iarialaw.com

11

12                                               *Attorneys for Christopher A. Bandas*

13
                                    **CERTIFICATE OF SERVICE**
14

15      I hereby certify that on this the 19th day of September 2013, I electronically filed the
      foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such
16    filing on all ECF registered attorneys in this case. I further certify that I served the following
      participants in the case that are not registered CM/ECF users by USPS First Class mail, postage
17    prepaid.

18    Robert Prior
      2016 E. 6th Street
19    Vancouver, WA 98661

20

21                                                s/ Michael Iaria
                                                  Michael Iaria
22

23

24

25

26

27

28

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELO DENNINGS, *et al.*, on behalf of himself and all others similarly situated,<br><br>        *Plaintiffs - Appellees,*<br><br>v.<br><br>GORDON B. MORGAN and JEREMY DE LA GARZA<br><br>        *Objectors - Appellants,*<br><br>v.<br><br>CLEARWIRE CORPORATION<br><br>        *Defendant - Appellee.* | No. 13-35491<br><br><br>D.C. No 2:10-cv-1859-JLR<br>Western District of Washington<br>at Seattle<br><br><br>**JOINT STIPULATION** |

By Order dated September 9, 2013, this Court granted Plaintiffs-

Appellees' motion for summary affirmance of the district court's May 3, 2013

order awarding attorneys' fees and expenses; and denied all other pending

motions as moot. (Order, No. 13-35491, Dkt. Entry 24.)

To the extent any further issues remain in this appeal, in accordance

with FRAP Rule 42(b), Plaintiffs-Appellees ("Plaintiffs"), Defendant-Appellee

1

Clearwire Corporation ("Clearwire"), and Objectors-Appellants Jeremy de la Garza and Gordon Morgan ("Appellants") hereby agree to the dismissal of this appeal with each party to bear its own costs, and ask the Court to so order.

Regardless of whether further issues remain, Plaintiffs, Clearwire, and Appellants ask the Court to enter an order that each party will bear its own costs. Plaintiffs and Clearwire agree to each party bearing its own costs in exchange for the agreement of Appellants and Appellants' counsel to not seek any further appellate review in the above mentioned litigation, *Dennings et al. v. Clearwire Corp.*, No. 2:10-cv-1859-JLR (W.D. Wash.) (including Appellants' appeals to this Court). No other consideration is being exchanged for these agreements.

Dated: September 19, 2013

Respectfully submitted,

By: __s/ Cliff Cantor__                By: __/s/ Christopher A. Bandas__
Cliff Cantor                           Christopher A. Bandas
Law Offices of Clifford A. Cantor, P.C. Bandas Law Firm, P.C.
627 208th Ave. SE                      500 N. Shoreline Avenue, Suite 1020
Sammamish, WA 98074-7033               Corpus Christi, TX 78401
Tel: 425-868-7813                      Tel: (361) 698-5200
cliff.cantor@outlook.com               Fax: (361) 698-5222
                                       cbandas@bandaslawfirm.com

*Attorneys for Plaintiffs-Appellees*

                                       *Attorneys for Objectors-Appellants*
                                       *Jeremy de la Garza and*
                                       *Gordon Morgan*

By: ___s/ Kenneth E. Payson___          By: ___Michael Iaria_____
Kenneth E. Payson                        Michael Iaria
Davis Wright Tremaine LLP                Law Office of Michael Iaria, PLLC
1201 Third Avenue, Suite 2200            1111 Third Ave., Suite 2220
Seattle, WA 98101-3045                   Seattle, WA 98101
Tel: 206-622-3150                        Tel:  206-400-7576
kenpayson@dwt.com                        mpi@iaria-law.com

*Attorneys for Defendant-Appellee*       *Attorneys for Christopher A. Bandas*
*Clearwire Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that I served the following participants in the case that are not registered CM/ECF users by USPS First Class mail, postage prepaid.

Robert Prior
2016 E. 6th Street
Vancouver, WA 98661

_____*/s/ Christopher A. Bandas*_____
Christopher A. Bandas