The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BOBOWSKI, ALYSON BURN, STEVEN COCKAYNE, BRIAN CRAWFORD, DAN DAZELL, ANGELO DENNINGS, CHEYENNE FEGAN, SHARON FLOYD, GREGORY GUERRIER, JOHANNA KOSKINEN, ELENA MUNOZ-ALAZAZI, ELAINE POWELL, ROBERT PRIOR, ALIA TSANG, and KYLE WILLIAMS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CLEARWIRE CORPORATION,

Defendant.

Case No. C10-1859-JLR

DECLARATION OF ANTHONY P. GENTILE VERIFYING CLEARWIRE'S COMPLIANCE WITH SETTLEMENT AGREEMENT

Anthony P. Gentile declares as follows:

**IDENTITY OF DECLARANT**

1. I am employed by Sprint in Las Vegas, Nevada, as a Program Manager in the Customer Care Group. In July 2013, Sprint acquired Clear Wireless LLC, which was a subsidiary of Clearwire Corporation. I have been employed by Clear Wireless and its affiliates and then Sprint for approximately five years. I was responsible for overseeing Clearwire's process of: (a) retrieving and providing a report regarding account status (i.e., current or former customers) and amount of indebtedness of certain Clearwire customers who submitted claims to participate in the settlement of this case; and (b) receiving the settlement administrator's report

CLEARWIRE DECL. VERIFYING COMPLIANCE
(No. C10-1859-JRL) — 1
DWT 24329339v2 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

of the claimants whose settlement payments would be handled through account credit or debt offset and applying those credits and offsets to those customers' accounts. The following statements regarding those processes are based on my personal knowledge and information provided by other experienced Clearwire or Sprint employees working under my supervision or at my direction.

## CLAIMANT ACCOUNT STATUS AND INDEBTEDNESS

2. Using claimant information the settlement administrator provided, Clearwire retrieved from its databases the following information: (a) identities of claimants who were current Clearwire customers; and (b) identities of claimants who were former Clearwire customers with unpaid past due balances owing to Clearwire and the amounts owed. Clearwire exported this information completely and accurately to a spreadsheet for transmittal to the settlement administrator.

## ACCOUNT CREDIT AND OFFSET

3. Using claimant information the settlement administrator provided regarding settlement payments to be handled by customer account credit or debt offset, Clearwire completely and accurately provided account credits and offsets in the amounts directed. To the extent customer account statuses or past due amounts had changed in a way that no longer allowed for the entire settlement payments to be handled by account credit or offset, Clearwire provided a supplemental report for transmittal to the settlement administrator of those amounts to be paid by settlement check.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Executed this 25th day of June, 2014, in Las Vegas, Nevada.

_____
Anthony P. Gentile

CLEARWIRE DECL. VERIFYING COMPLIANCE
(No. C10-1859-JRL) — 2
DWT 24329339v2 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system; and I hereby certify that I have caused to be mailed by United States Postal Service a copy of the document to the following non CM/EFC participant:  Robert Prior, 2016 E. 6th Street, Vancouver, WA 98661.

DATED this 3rd day of July, 2014.

s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
E-mail:  kenpayson@dwt.com

CLEARWIRE DECL. VERIFYING COMPLIANCE
(No. C10-1859-JRL) — 3
DWT 24329339v2 0065187-001078

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700